**CHESAPEAKE READY MIX, INC.   2102 WHITEFORD RD WHITEFORD, MD 21160-1402**

| EMP # | DIV | DEPT | EMPLOYEE NAME | SS# | CHECK DATE | PERIOD END | CHECK # |
|---|---|---|---|---|---|---|---|
| 19 | 0 | 1 | WARREN A ROYEA | XXX-XX-7762 | 07/18/08 | 07/12/08 | 6828 |

| EARNINGS | HOURS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| REGULAR | 40.00 | 680.00 | 18,326.00 | FEDERAL TAX | 126.08 | 2,891.72 |
| OVERTIME | 20.75 | 529.13 | 6,693.80 | SOC SEC TAX | 74.97 | 1,627.13 |
| VACATION | | | 680.00 | MEDICARE | 17.53 | 380.55 |
| HOLIDAY | | | 544.00 | PA SIT | 37.12 | 805.68 |
| | | | | LOCAL 1.5% | 18.14 | 362.94 |
| | | | | EE SUI .06 | 0.73 | 15.99 |
| | | | | AFLAC | 0.00 | 206.28 |

| ACCRUALS | BALANCES | | | | | |
|---|---|---|---|---|---|---|
| | -40.00 | | | FEDERAL | M 2 | |
| | 0.00 | | | STATE | M 2 | |

| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|
| 17.00 | 1,209.13 | 274.57 | 934.56 | 26,243.80 | 6,290.29 | 19,953.51 |

**AccuPay** "Your Personalized Payroll Specialists"  206 EAST CHURCHVILLE ROAD  BEL AIR, MARYLAND  21014  410.893.9706  www.accupayonline.com

CHESAPEAKE READY MIX, INC.   2102 WHITEFORD RD WHITEFORD, MD 21160-1402

| 19 | 0 | 1 | WARREN A ROYEA | | XXX-XX-7762 | 07/11/08 | 07/05/08 | 6813 |
|----|---|---|---------------|---|-------------|----------|----------|------|
| EMP # | DIV | DEPT | EMPLOYEE NAME | | SS# | CHECK DATE | PERIOD END | CHECK # |

| EARNINGS | HOURS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|----------|-------|----------------|--------------|------------|----------------|--------------|
| REGULAR | 40.00 | 680.00 | 17,646.00 | FEDERAL TAX | 74.76 | 2,765.64 |
| OVERTIME | 2.00 | 51.00 | 6,164.67 | SOC SEC TAX | 53.75 | 1,552.16 |
| VACATION | | | 680.00 | MEDICARE | 12.57 | 363.02 |
| HOLIDAY | 8.00 | 136.00 | 544.00 | PA SIT | 26.62 | 768.56 |
| | | | | LOCAL 1.5% | 13.01 | 344.80 |
| | | | | EE SUI .06 | 0.52 | 15.26 |
| | | | | AFLAC | 0.00 | 206.28 |

| ACCRUALS | | BALANCES | | | | |
|----------|---|---------|---|---|---|---|
| | | -40.00 | | FEDERAL | M 2 | |
| | | 0.00 | | STATE | M 2 | |

| 17.00 | 867.00 | 181.23 | 685.77 | 25,034.67 | 6,015.72 | 19,018.95 |
|-------|--------|--------|--------|-----------|----------|-----------|
| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |

**AccuPay** "Your Personalized Payroll Specialists"   206 EAST CHURCHVILLE ROAD   BEL AIR, MARYLAND   21014   410.893.9706   www.accupayonline.com

**CHESAPEAKE READY MIX, INC.   2102 WHITEFORD RD WHITEFORD, MD 21160-1402**

| 19 | 0 | 1 | WARREN A ROYEA | | XXX-XX-7762 | 06/13/08 | 06/07/08 | 6750 |
|---|---|---|---|---|---|---|---|---|
| EMP # | DIV | DEPT | EMPLOYEE NAME | | SS# | CHECK DATE | PERIOD END | CHECK # |

| EARNINGS | HOURS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| REGULAR | 40.00 | 680.00 | 15,087.50 | FEDERAL TAX | 109.82 | 2,499.67 |
| OVERTIME | 16.50 | 420.75 | 5,622.79 | SOC SEC TAX | 68.25 | 1,351.51 |
| VACATION | | | 680.00 | MEDICARE | 15.96 | 316.09 |
| HOLIDAY | | | 408.00 | PA SIT | 33.79 | 669.19 |
| | | | | LOCAL 1.5% | 16.51 | 296.25 |
| | | | | EE SUI .06 | 0.66 | 13.32 |
| | | | | AFLAC | 0.00 | 206.28 |

| ACCRUALS | | BALANCES | | | | |
|---|---|---|---|---|---|---|
| | | -40.00 | | FEDERAL | M 2 | |
| | | 0.00 | | STATE | M 2 | |

| 17.00 | 1,100.75 | 244.99 | 855.76 | 21,798.29 | 5,352.31 | 16,445.98 |
|---|---|---|---|---|---|---|
| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |

**AccuPay** *"Your Personalized Payroll Specialists"*   206 EAST CHURCHVILLE ROAD   BEL AIR, MARYLAND   21014   410.893.9706   www.accupayonline.com

**CHESAPEAKE READY MIX, INC.   2102 WHITEFORD RD WHITEFORD, MD 21160-1402**

| 19 | 0 | 1 | WARREN A ROYEA | | | XXX-XX-7762 | 06/06/08 | 05/31/08 | 6734 |
|---|---|---|---|---|---|---|---|---|---|
| EMP # | DIV | DEPT | EMPLOYEE NAME | | | SS# | CHECK DATE | PERIOD END | CHECK # |
| EARNINGS | HOURS | | CURRENT AMOUNT | | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | | YEAR TO DATE |
| REGULAR | 40.00 | | 680.00 | | 14,407.50 | FEDERAL TAX | 87.19 | | 2,389.85 |
| OVERTIME | 5.25 | | 133.88 | | 5,202.04 | SOC SEC TAX | 58.89 | | 1,283.26 |
| VACATION | | | | | 680.00 | MEDICARE | 13.77 | | 300.13 |
| HOLIDAY | 8.00 | | 136.00 | | 408.00 | PA SIT | 29.16 | | 635.40 |
| | | | | | | LOCAL 1.5% | 14.25 | | 279.74 |
| | | | | | | EE SUI .06 | 0.57 | | 12.66 |
| | | | | | | AFLAC | 0.00 | | 206.28 |

| ACCRUALS | | BALANCES | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | -40.00 | | | FEDERAL | | M 2 | |
| | | 0.00 | | | STATE | | M 2 | |
| 17.00 | 949.88 | 203.83 | 746.05 | 20,697.54 | 5,107.32 | | 15,590.22 | |
| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | | YTD NET PAY | |

**AccuPay** "Your Personalized Payroll Specialists"   206 EAST CHURCHVILLE ROAD   BEL AIR, MARYLAND   21014   410.893.9706   www.accupayonline.com

CHESAPEAKE READY MIX, INC.   2102 WHITEFORD RD WHITEFORD, MD 21160-1402

| EMP # | DIV | DEPT | EMPLOYEE NAME | SS# | CHECK DATE | PERIOD END | CHECK # |
|---|---|---|---|---|---|---|---|
| 19 | 0 | 1 | WARREN A ROYEA | XXX-XX-7762 | 05/30/08 | 05/24/08 | 6719 |

| EARNINGS | HOURS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| REGULAR | 40.00 | 680.00 | 13,727.50 | FEDERAL TAX | 110.78 | 2,302.66 |
| OVERTIME | 16.75 | 427.13 | 5,068.16 | SOC SEC TAX | 68.64 | 1,224.37 |
| VACATION | | | 680.00 | MEDICARE | 16.05 | 286.36 |
| HOLIDAY | | | 272.00 | PA SIT | 33.99 | 606.24 |
| | | | | LOCAL 1.5% | 16.61 | 265.49 |
| | | | | EE SUI .06 | 0.66 | 12.09 |
| | | | | AFLAC | 0.00 | 206.28 |

| ACCRUALS | BALANCES | | | | |
|---|---|---|---|---|---|
| | -40.00 | | FEDERAL | M 2 | |
| | 0.00 | | STATE | M 2 | |

| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|
| 17.00 | 1,107.13 | 246.73 | 860.40 | 19,747.66 | 4,903.49 | 14,844.17 |

AccuPay  "Your Personalized Payroll Specialists"   206 EAST CHURCHVILLE ROAD   BEL AIR, MARYLAND   21014   410.893.9706   www.accupayonline.com

CHESAPEAKE READY MIX, INC.   2102 WHITEFORD RD WHITEFORD, MD 21160-1402

| EMP # | DIV | DEPT | EMPLOYEE NAME | SS# | CHECK DATE | PERIOD END | CHECK # |
|---|---|---|---|---|---|---|---|
| 19 | 0 | 1 | WARREN A ROYEA | XXX-XX-7762 | 05/23/08 | 05/17/08 | 6704 |

| EARNINGS | HOURS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| REGULAR | 40.00 | 680.00 | 13,047.50 | FEDERAL TAX | 71.57 | 2,191.88 |
| OVERTIME | 6.50 | 165.75 | 4,641.03 | SOC SEC TAX | 52.44 | 1,155.73 |
| VACATION | | | 680.00 | MEDICARE | 12.26 | 270.31 |
| HOLIDAY | | | 272.00 | PA SIT | 25.96 | 572.25 |
| | | | | LOCAL 1.5% | 12.69 | 248.88 |
| | | | | EE SUI .06 | 0.51 | 11.43 |
| | | | | AFLAC | 0.00 | 206.28 |

| ACCRUALS | BALANCES | | | | | |
|---|---|---|---|---|---|---|
| | -40.00 | | | FEDERAL | M 2 | |
| | 0.00 | | | STATE | M 2 | |

| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|
| 17.00 | 845.75 | 175.43 | 670.32 | 18,640.53 | 4,656.76 | 13,983.77 |

**AccuPay** *"Your Personalized Payroll Specialists"*   206 EAST CHURCHVILLE ROAD   BEL AIR, MARYLAND   21014   410.893.9706   *www.accupayonline.com*