| CO. | FILE | DEPT. | CLOCK NUMBER | | 055 |
|---|---|---|---|---|---|
| CZG | 025722 | OM4095 | TF000 | 0000009000 | 1 |

# Earnings Statement



LIFETIME BRANDS INC.
DBA PFALTZGRAFF
DISTRIBUTION CENTER PAYROLL

Period Ending: 07/13/2008
Pay Date: 07/18/2008

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal: 5,$10 Additional Tax
    State: N/A
    Local: 5

Social Security Number: XXX-XX-9786

GAIL ROYEA
1640 BLUE JAY DRIVE
DOVER, PA 17315

## Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.7600 | 40.00 | 550.40 | |
| Holiday | | | | 770.56 |
| Vacation | | | | 1,981.44 |
| **Gross Pay** | | | **$550.40** | 15,094.72 |

Your federal taxable wages this period are $477.88

## Deductions

**Statutory**

| | | |
|---|---|---|
| Federal Income Tax | -10.00 | 307.58 |
| Social Security Tax | -31.34 | 855.43 |
| Medicare Tax | -7.33 | 200.06 |
| PA State Income Tax | -15.51 | 423.55 |
| York C Income Tax | -5.06 | 137.99 |
| PA SUI/SDI Tax | -0.33 | 9.06 |

**Other**

| | | |
|---|---|---|
| Life Insur/Chld | -0.23 | 6.67 |
| Life Insur/Ee | -3.81 | 110.49 |
| Lst | -1.00 | 29.00 |
| Medical | -45.00* | 1,297.50 |
| Short Term Disb | -2.36 | 68.44 |
| 401K | -27.52* | 754.72 |
| 401K Loan Repay | -18.86 | |
| Tuition Reimbur | | -1,000.00 |

**Adjustment**

| | | |
|---|---|---|
| Tuition Reimbur | +1,000.00 | |

| **Net Pay** | | **$1,382.05** |
|---|---|---|

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| K Company Match | 11.01 | 301.89 |
| Vacation | . | 0.00 |

### Deposits

| | |
|---|---|
| Account No. | 538067497 |
| Transit/ABA | 0313 0184 |
| Pending | |

### Important Notes
YOUR BANK WAS NOTIFIED OF YOUR REQUEST FOR DIRECT DEPOSIT. IT WILL BEGIN AFTER ACCOUNT VERIFICATION.

\* Excluded from federal taxable wages

# Earnings Statement

**ADP**

LIFETIME BRANDS INC.
DBA PFALTZGRAFF
DISTRIBUTION CENTER PAYROLL

Period Ending: 07/06/2008
Pay Date: 07/11/2008

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 5, $10 Additional Tax
   State: N/A
   Local: 5

GAIL ROYEA
1640 BLUE JAY DRIVE
DOVER, PA 17315

Social Security Number: XXX-XX-9786

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.7600 | 31.00 | 426.56 | |
| Holiday | 13.7600 | 8.00 | 110.08 | 770.56 |
| Vacation | | | | 1,981.44 |
| **Gross Pay** | | | **$536.64** | 14,544.32 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| K Company Match | 10.74 | 290.88 |
| Vacation | | 0.00 |

| Deductions | this period | year to date |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | -10.00 | 297.58 |
| Social Security Tax | -30.48 | 824.09 |
| Medicare Tax | -7.13 | 192.73 |
| PA State Income Tax | -15.09 | 408.04 |
| York C Income Tax | -4.92 | 132.93 |
| PA SUI/SDI Tax | -0.33 | 8.73 |
| **Other** | | |
| Life Insur/Chld | -0.23 | 6.44 |
| Life Insur/Ee | -3.81 | 106.68 |
| Lst | -1.00 | 28.00 |
| Medical | -45.00* | 1,252.50 |
| Short Term Disb | -2.36 | 66.08 |
| 401K | -26.83* | 727.20 |
| 401K Loan Repay | -18.86 | |
| **Net Pay** | **$370.60** | |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $464.81

CO.   FILE   DEPT.   CLOCK NUMBER   055
CZG   025722 OM4095 TFOOO   0000008932   1

# Earnings Statement

**ADP**

LIFETIME BRANDS INC.
DBA PFALTZGRAFF
DISTRIBUTION CENTER PAYROLL

Period Ending:   06/29/2008
Pay Date:        07/03/2008

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal: 5,$10 Additional Tax
    State:   N/A
    Local:   5

Social Security Number: XXX-XX-9786

GAIL ROYEA
1640 BLUE JAY DRIVE
DOVER, PA 17315

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Vacation | 13.7600 | 28.00 | 385.28 | 1,981.44 |
| Holiday |  |  |  | 660.48 |
| **Gross Pay** |  |  | **$385.28** | 14,007.68 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| K Company Match | 7.71 | 280.14 |
| Vacation |  | 0.00 |

| Deductions | Statutory | | |
|---|---|---|---|
|  | Federal Income Tax | -10.00 | 287.58 |
|  | Social Security Tax | -21.10 | 793.61 |
|  | Medicare Tax | -4.93 | 185.60 |
|  | PA State Income Tax | -10.45 | 392.95 |
|  | York C Income Tax | -3.40 | 128.01 |
|  | PA SUI/SDI Tax | -0.23 | 8.40 |
|  | **Other** | | |
|  | Life Insur/Chld | -0.23 | 6.21 |
|  | Life Insur/Ee | -3.81 | 102.87 |
|  | Lst | -1.00 | 27.00 |
|  | Medical | -45.00* | 1,207.50 |
|  | Short Term Disb | -2.36 | 63.72 |
|  | 401K | -19.26* | 700.37 |
|  | 401K Loan Repay | -18.86 |  |
|  | **Net Pay** |  | **$244.65** |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $321.02

©1998, 2006, ADP Inc. All Rights Reserved.

# Earnings Statement

**ADP**

LIFETIME BRANDS INC.
DBA PFALTZGRAFF
DISTRIBUTION CENTER PAYROLL

Period Ending: 06/22/2008
Pay Date: 06/27/2008

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 5, $10 Additional Tax
  State: N/A
  Local: 5

Social Security Number: XXX-XX-9786

GAIL ROYEA
1640 BLUE JAY DRIVE
DOVER, PA 17315

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.7600 | 31.00 | 426.56 | |
| Vacation | 13.7600 | 8.00 | 110.08 | 1,596.16 |
| Holiday | | | | 660.48 |
| **Gross Pay** | | | **$536.64** | 13,622.40 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| K Company Match | 10.73 | 272.43 |
| Vacation | | 28.00 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -10.00 | 277.58 | |
| Social Security Tax | -30.48 | 772.51 | |
| Medicare Tax | -7.13 | 180.67 | |
| PA State Income Tax | -15.09 | 382.50 | |
| York C Income Tax | -4.91 | 124.61 | |
| PA SUI/SDI Tax | -0.32 | 8.17 | |
| **Other** | | | |
| Checking | -300.00 | | |
| Life Insur/Chld | -0.23 | 5.98 | |
| Life Insur/Ee | -3.81 | 99.06 | |
| Lst | -1.00 | 26.00 | |
| Medical | -45.00* | 1,162.50 | |
| Savings2 | -70.62 | | |
| Short Term Disb | -2.36 | 61.36 | |
| 401K | -26.83* | 681.11 | |
| 401K Loan Repay | -18.86 | | |
| **Net Pay** | | **$0.00** | |

* Excluded from federal taxable wages
  Your federal taxable wages this period are $464.81

© 1991 ADP, Inc

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

LIFETIME BRANDS INC.
DBA PFALTZGRAFF
DISTRIBUTION CENTER PAYROLL

Advice number: 00000260025
Pay date: 06/27/2008

**Deposited to the account of**
GAIL ROYEA

| account number | transit ABA | amount |
|---|---|---|
| | 2313 8716 | $70.62 |
| 786 | 0313 0184 | $300.00 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | Cl... | | Statement |  |

```
CZG  025722  OM4095  T
```

LIFETIME BRANDS INC.
DBA PFALTZGRAFF
DISTRIBUTION CENTER

06/15/2008
06/20/2008

> *Handwritten note:* Enclosed are our 3 most recent paystubs each. This should make up for the December pay stubs we were missing.
>
> Thank you,
> Gail Royea

Taxable Marital Status: Marr
Exemptions/Allowances:
  Federal: 5, $10 Additione
  State: N/A
  Local: 5

Social Security Number: XXX

JAY DRIVE
17315

### Earnings

| Earnings | rate | hours | | this period | total to date |
|---|---|---|---|---|---|
| Regular | 13.7600 | 40.00 | | | |
| Holiday | | | atch | 11.01 | 261.70 |
| Vacation | | | vacation | | 36.00 |
| **Gross Pay** | | **$550.40** | | 13,085.76 | |

### Deductions

**Statutory**

| | | |
|---|---|---|
| Federal Income Tax | -10.00 | 267.58 |
| Social Security Tax | -31.33 | 742.03 |
| Medicare Tax | -7.33 | 173.54 |
| PA State Income Tax | -15.52 | 367.41 |
| York C Income Tax | -5.05 | 119.70 |
| PA SUI/SDI Tax | -0.33 | 7.85 |

**Other**

| | | |
|---|---|---|
| Checking | -300.00 | |
| Life Insur/Chld | -0.23 | 5.75 |
| Life Insur/Ee | -3.81 | 95.25 |
| Lst | -1.00 | 25.00 |
| Medical | -45.00* | 1,117.50 |
| Savings2 | -82.06 | |
| Short Term Disb | -2.36 | 59.00 |
| 401K | -27.52* | 654.28 |
| 401K Loan Repay | -18.86 | |
| **Net Pay** | **$0.00** | |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $477.88

© 1991 ADP, Inc

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

LIFETIME BRANDS INC.
DBA PFALTZGRAFF
DISTRIBUTION CENTER PAYROLL

Advice number: 00000250041
Pay date: 06/20/2008

**THIS IS NOT A CHECK**

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| GAIL ROYEA | 0008909959 | 2313 8716 | $82.06 |
| | 537461796 | 0313 0184 | $300.00 |

## NON-NEGOTIABLE

Case 1:08-bk-02603-MDF  Doc 5  Filed 07/24/08  Entered 07/24/08 09:11:05  Desc
Main Document    Page 5 of 9

CO. FILE DEPT. CLOCK VCHR. NO. 055
CZG 025722 OM4095 TF000 0000240025 1

# Earnings Statement

**ADP**

LIFETIME BRANDS INC.
DBA PFALTZGRAFF
DISTRIBUTION CENTER PAYROLL

Period Ending: 06/08/2008
Pay Date: 06/13/2008

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 5,$10 Additional Tax
  State: N/A
  Local: 5

GAIL ROYEA
1640 BLUE JAY DRIVE
DOVER, PA 17315

Social Security Number: XXX-XX-9786

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.7600 | 38.75 | 533.20 | |
| Holiday | | | | 660.48 |
| Vacation | | | | 1,486.08 |
| **Gross Pay** | | | **$533.20** | 12,535.36 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -10.00 | 257.58 |
| | Social Security Tax | -30.27 | 710.70 |
| | Medicare Tax | -7.08 | 166.21 |
| | PA State Income Tax | -14.98 | 351.89 |
| | York C Income Tax | -4.89 | 114.65 |
| | PA SUI/SDI Tax | -0.32 | 7.52 |
| | **Other** | | |
| | Checking | -300.00 | |
| | Life Insur/Chld | -0.23 | 5.52 |
| | Life Insur/Ee | -3.81 | 91.44 |
| | Lst | -1.00 | 24.00 |
| | Medical | -45.00* | 1,072.50 |
| | Savings2 | -67.74 | |
| | Short Term Disb | -2.36 | 56.64 |
| | 401K | -26.66* | 626.76 |
| | 401K Loan Repay | -18.86 | |
| **Net Pay** | | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| K Company Match | 10.66 | 250.69 |
| Vacation | | 36.00 |

* Excluded from federal taxable wages
  Your federal taxable wages this period are $461.54

---

© 1991 ADP, Inc.

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

LIFETIME BRANDS, INC.
DBA PFALTZGRAFF
DISTRIBUTION CENTER PAYROLL

Advice number: 00000240025
Pay date: 06/13/2008

Deposited to the account of
GAIL ROYEA

| | account number | transit ABA | amount |
|---|---|---|---|
| | 0008909959 | 2313 8716 | $67.74 |
| | 537464786 | 0313 0184 | $300.00 |

**NON-NEGOTIABLE**

THIS IS NOT A CHECK

# Earnings Statement

**ADP**

**LIFETIME BRANDS INC.**
**DBA PFALTZGRAFF**
**DISTRIBUTION CENTER PAYROLL**

Period Ending: 06/01/2008
Pay Date: 06/06/2008

Taxable Marital Status: Married
Exemptions/Allowances:
　Federal: 5,$10 Additional Tax
　State: N/A
　Local: 5

**GAIL ROYEA**
**1640 BLUE JAY DRIVE**
**DOVER, PA 17315**

Social Security Number: XXX-XX-9786

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.7600 | 29.00 | 399.04 | |
| Holiday | 13.7600 | 8.00 | 110.08 | 660.48 |
| Vacation | | | | 1,486.08 |
| **Gross Pay** | | | **$509.12** | 12,002.16 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| K Company Match | 10.18 | 240.03 |
| Vacation | | 36.00 |

**Deductions**

**Statutory**
| | | |
|---|---|---|
| Federal Income Tax | -10.00 | 247.58 |
| Social Security Tax | -28.78 | 680.43 |
| Medicare Tax | -6.73 | 159.13 |
| PA State Income Tax | -14.25 | 336.91 |
| York C Income Tax | -4.64 | 109.76 |
| PA SUI/SDI Tax | -0.30 | 7.20 |

**Other**
| | | |
|---|---|---|
| Checking | -300.00 | |
| Life Insur/Chld | -0.23 | 5.29 |
| Life Insur/Ee | -3.81 | 87.63 |
| Lst | -1.00 | 23.00 |
| Medical | -45.00* | 1,027.50 |
| Savings2 | -47.70 | |
| Short Term Disb | -2.36 | 54.28 |
| 401K | -25.46* | 600.10 |
| 401K Loan Repay | -18.86 | |

**Net Pay** **$0.00**

* Excluded from federal taxable wages
Your federal taxable wages this period are $438.66

© 1991 ADP, Inc

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

LIFETIME BRANDS INC.
DBA PFALTZGRAFF
DISTRIBUTION CENTER PAYROLL

Advice number: 00000230040
Pay date: 06/06/2008

**THIS IS NOT A CHECK**

**Deposited to the account of**
**GAIL ROYEA**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx | 2313 8716 | $47.70 |
| 537464786 | 0313 0184 | $300.00 |

# NON-NEGOTIABLE

# Earnings Statement

**ADP**

LIFETIME BRANDS INC.
DBA PFALTZGRAFF
DISTRIBUTION CENTER PAYROLL

Period Ending: 05/25/2008
Pay Date: 05/30/2008

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal: 5,$10 Additional Tax
    State: N/A
    Local: 5

GAIL ROYEA
1640 BLUE JAY DRIVE
DOVER, PA 17315

Social Security Number: XXX-XX-9786

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.7600 | 35.00 | 481.60 | |
| Vacation | 13.7600 | 4.00 | 55.04 | 1,486.08 |
| Holiday | | | | 550.40 |
| **Gross Pay** | | | **$536.64** | 11,493.04 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| K Company Match | 10.73 | 229.85 |
| Vacation | | 36.00 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -10.00 | 237.58 | |
| Social Security Tax | -30.48 | 651.65 | |
| Medicare Tax | -7.13 | 152.40 | |
| PA State Income Tax | -15.10 | 322.66 | |
| York C Income Tax | -4.92 | 105.12 | |
| PA SUI/SDI Tax | -0.33 | 6.90 | |
| **Other** | | | |
| Checking | -300.00 | | |
| Life Insur/Chld | -0.23 | 5.06 | |
| Life Insur/Ee | -3.81 | 83.82 | |
| Lst | -1.00 | 22.00 | |
| Medical | -45.00* | 982.50 | |
| Savings2 | -70.58 | | |
| Short Term Disb | -2.36 | 51.92 | |
| 401K | -26.84* | 574.64 | |
| 401K Loan Repay | -18.86 | | |
| **Net Pay** | | **$0.00** | |

* Excluded from federal taxable wages
Your federal taxable wages this period are $464.80

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

LIFETIME BRANDS INC.
DBA PFALTZGRAFF
DISTRIBUTION CENTER PAYROLL

Advice number: 00000220025
Pay date: 05/30/2008

THIS IS NOT A CHECK

**Deposited to the account of**
GAIL ROYEA

| account number | transit ABA | amount |
|---|---|---|
| 0003909959 | 2313 8716 | $70.58 |
| 537454786 | 0313 0184 | $300.00 |

**NON-NEGOTIABLE**

CO FILE DEPT CLOCK VCHR NO. 055
CZG 025722 OM4095 TFOOO 0000210041 1

# Earnings Statement

**ADP**

LIFETIME BRANDS INC.
DBA PFALTZGRAFF
DISTRIBUTION CENTER PAYROLL

Period Ending: 05/18/2008
Pay Date: 05/23/2008

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 5,$10 Additional Tax
  State: N/A
  Local: 5

Social Security Number: XXX-XX-9786

GAIL ROYEA
1640 BLUE JAY DRIVE
DOVER, PA 17315

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.7600 | 39.00 | 536.64 | |
| Holiday | | | | 550.40 |
| Vacation | | | | 1,431.04 |
| **Gross Pay** | | | **$536.64** | 10,956.40 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| K Company Match | 10.73 | 219.12 |
| Vacation | | 40.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -10.00 | 227.58 |
| | Social Security Tax | -30.48 | 621.17 |
| | Medicare Tax | -7.12 | 145.27 |
| | PA State Income Tax | -15.09 | 307.56 |
| | York C Income Tax | -4.92 | 100.20 |
| | PA SUI/SDI Tax | -0.32 | 6.57 |
| | **Other** | | |
| | Checking | -300.00 | |
| | Life Insur/Chld | -0.23 | 4.83 |
| | Life Insur/Ee | -3.81 | 80.01 |
| | Lst | -1.00 | 21.00 |
| | Medical | -45.00* | 937.50 |
| | Savings2 | -70.61 | |
| | Short Term Disb | -2.36 | 49.56 |
| | 401K | -26.84* | 547.80 |
| | 401K Loan Repay | -18.86 | |
| | **Net Pay** | | **$0.00** |

* Excluded from federal taxable wages
  Your federal taxable wages this period are $464.80

© 1991 ADP, Inc
VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

VOID VOID VOID VOID VOID
THIS IS NOT A CHECK

LIFETIME BRANDS INC.
DBA PFALTZGRAFF
DISTRIBUTION CENTER PAYROLL

Advice number: 00000210041
Pay date: 05/23/2008

Deposited to the account of
GAIL ROYEA

| account number | transit ABA | amount |
|---|---|---|
| | 2313 8716 | $70.61 |
| | 0313 0184 | $300.00 |

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.