United States Bankruptcy Court
Middle District of Pennsylvania

IN RE:                                                 Case No. **1:08-bk-2603 (182247)**

**Royea, Warren A. Sr. & Royea, Gail M.**                      Chapter **7**
                             Debtor(s)

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the following document(s):
**Statement of Intentions**

was(were) mailed to all persons in interest at the addresses set forth in the exhibit which is attached hereto, by first class mail, postage prepaid, on this __24th__ day of _____July_____ , __2008__ .

                                             **/s/ Keith B. DeArmond**
                                             **Keith B. DeArmond**
                                             **DeArmond & Associates**
                                             **11 East Market Street, Third Floor**
                                             **York, PA 17401**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Middle District of Pennsylvania

IN RE:                                                                                            Case No. 1:08-bk-2603 (182247)

Royea, Warren A. Sr. & Royea, Gail M.                                          Chapter 7

Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

[✓] I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.
[ ] I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.
[✓] I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 2007 Hyundai Tucson GLS | Americredit | | | | ✓ |
| 2007 Honda Pilot EX | Chase Auto Finance Corporation | | | | ✓ |
| Residence: | Saxon Mortgage | | | Retain * | |

\* Retain and pay pursuant to original contract

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| | | |

| 07/23/2008 | /s/ Warren A. Royea, Sr. | | /s/ Gail M. Royea | |
|---|---|---|---|---|
| Date | Warren A. Royea, Sr. | Debtor | Gail M. Royea | Joint Debtor (if applicable) |

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

---
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

---
Address

---
Signature of Bankruptcy Petition Preparer                                        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

Americredit  
P.O. Box 183593  
Arlington, TX 76096

Chase Auto Finance Corporation  
14800 Frye Road  
Fort Worth, TX 76155

Saxon Mortgage  
478 Mercantile Drive  
Fort Worth, TX 76137

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only