nmd2(03/08)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Warren A. Royea Sr.
Gail M. Royea
aka Gail M. Moritz
Debtor(s)

Chapter: 7

Case Number: 1:08−bk−02603−MDF

NOTICE OF INCOMPLETE AND/OR DEFICIENT FILING

Pursuant to Bankruptcy Rules 1007, and 3015, and 11 U.S.C. 110, 329, and 521, the documents below must be filed to complete the above−referenced petition. If all documents required under Section 521 are not filed, the case may be **dismissed**.

*********

**ALL documents are to be filed on <u>Official Bankruptcy Forms</u>. For the most recent Official Bankruptcy Forms, please refer to <u>http://www.uscourts.gov/bkforms/bankruptcy_forms.html#official</u>**

*********

- ☐ MAILING MATRIX OF ALL CREDITORS **DUE IMMEDIATELY.**

- ☑ CERTIFICATION OF CREDIT COUNSELING (INDIVIDUAL CASES ONLY). Certification of credit counseling **MUST** be filed by both debtors in a joint case. **DUE IMMEDIATELY**. (*NOT TO BE confused with EXHIBIT D, INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT.*)

- ☐ LIST OF TWENTY LARGEST UNSECURED CREDITORS (OFFICIAL FORM 4) (CHAPTER 11 ONLY) **DUE IMMEDIATELY**.

- ☐ NOTICE TO DEBTOR BY "BANKRUPTCY PETITION PREPARER". (OFFICIAL FORM 19B) **DUE IMMEDIATELY**.

- ☐ STATEMENT DISCLOSING COMPENSATION PAID OR TO BE PAID TO A "BANKRUPTCY PETITION PREPARER". **DUE IMMEDIATELY**.

- ☐ OFFICIAL BANKRUPTCY FORMS (ie. Voluntary Bankruptcy Petition and/or some Schedules and/or Means Test not filed on Official Bankruptcy Forms.) *Please see the web link above regarding obtaining Official Bankruptcy Forms.*

- ☐ FORM B201, NOTICE TO INDIVIDUAL CONSUMER DEBTOR/DEBTOR'S CERTIFICATE UNDER SECTION 342(b) **DUE WITHIN FIFTEEN (15) DAYS OF INITIAL PETITION FILING**.

- ☐ COPY OF EMPLOYEE INCOME RECORDS (PAYMENT ADVICES) RECEIVED FROM EMPLOYER FOR INCOME EARNED WITHIN 60 DAYS BEFORE FILING. (INDIVIDUAL CASES ONLY) (SOCIAL SECURITY NUMBER SHOULD BE REDACTED.) **DUE WITHIN FIFTEEN (15) DAYS OF INITIAL PETITION FILING**.

**OR**

CERTIFICATION OF NO PAYMENT ADVICES. PURSUANT TO LOCAL RULE 1007−1.

- ☐ FORM B22A, MEANS TEST FORM (CHAPTER 7 CASE) **DUE WITHIN FIFTEEN (15) DAYS OF INITIAL PETITION FILING**.

- ☐ FORM B22C, MEANS TEST FORM/STATEMENT OF CURRENT INCOME AND DISPOSABLE INCOME CALCULATION (CHAPTER 13 CASE) **DUE WITHIN FIFTEEN (15) DAYS OF INITIAL PETITION FILING**.

- ☐ FORM B22B, MEANS TEST FORM (CHAPTER 11 INDIVIDUAL DEBTOR) **DUE WITHIN FIFTEEN (15) DAYS OF INITIAL PETITION FILING**.

- ☐ STATEMENT OF FINANCIAL AFFAIRS (OFFICIAL FORM 7)**DUE WITHIN FIFTEEN (15) DAYS OF INITIAL PETITION FILING.**

- ☐ SCHEDULES (OFFICIAL FORM 6)**DUE WITHIN FIFTEEN (15) DAYS OF INITIAL PETITION FILING.**

  - ☐ SCHEDULE A    ☐ SCHEDULE B    ☐ SCHEDULE C (indiv.)
  - ☐ SCHEDULE D    ☐ SCHEDULE E    ☐ SCHEDULE F
  - ☐ SCHEDULE G    ☐ SCHEDULE H    ☐ SCHEDULE I (indiv.)
  - ☐ SCHEDULE J (indiv.)    ☐ SUMMARY OF SCHEDULES

- ☐ STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. SECTION 159) (Official Form 6–Statistical Summary) **DUE WITHIN FIFTEEN (15) DAYS OF INITIAL PETITION FILING**.

- ☐ EXHIBIT D, INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT. **DUE IMMEDIATELY**. IF A JOINT PETITION IS FILED, **EACH SPOUSE MUST COMPLETE AND FILE A SEPARATE EXHIBIT D**. (*NOT TO BE confused with CERTIFICATION OF CREDIT COUNSELING (INDIVIDUAL CASES ONLY)*.)

- ☐ DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR (OFFICIAL FORM B203) **DUE WITHIN FIFTEEN (15) DAYS OF INITIAL FILING OF PETITION**.

- ☐ NAME AND ADDRESSES OF EQUITY SECURITY HOLDERS OF DEBTOR (CHAPTER 11 CASES) **DUE WITHIN FIFTEEN (15) DAYS OF INITIAL FILING OF PETITION**.

- ☐ CHAPTER 13 PLAN **DUE WITHIN FIFTEEN (15) DAYS OF INITIAL FILING OF PETITION**.

- ☐ CHAPTER 12 PLAN **DUE WITHIN NINETY (90) DAYS OF FILING OF PETITION**.

**REMINDER TO *CHAPTER 7 INDIVIDUAL DEBTORS HAVING SECURED CONSUMER DEBTS*:**
STATEMENT OF INTENTIONS (OFFICIAL FORM 8) – **DUE WITHIN THIRTY (30) DAYS AFTER THE FILING OF PETITION**, OR **ON or BEFORE the DATE OF THE MEETING OF CREDITORS**, WHICHEVER IS EARLIER.

Date: 7/25/08

**Clerk, U.S. Bankruptcy Court**
U.S. Bankruptcy Court
Ronald Reagan Federal Building
PO Box 908
Harrisburg, PA 17108
Telephone number: 717–901–2800