# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314–1 | User: DGeorge | Date Created: 7/25/2008 |
| Case: 1:08–bk–02603–MDF | Form ID: nmd2 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
aty   Keith B DeArmond   service@dearmondlaw.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Warren A. Royea, Sr.   1640 Blue Jay Drive   Dover, PA 17315
jdb   Gail M. Royea   1640 Blue Jay Drive   Dover, PA 17315

TOTAL: 2