# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Warren A. Royea Sr.  
Gail M. Royea  
aka Gail M. Moritz

Chapter 7  
Case Number 1:08−bk−02603−MDF

## NOTICE OF DEFICIENT FILING

Debtor(s) has failed to file:

☑ Certification of Credit Counseling in accordance with Section 109(h)(1) of the U.S. Bankruptcy Code. (***NOT TO BE** confused with EXHIBIT D, INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT.*) Prior notice advised that said Certification was due immediately.

☐ EXHIBIT D, Individual Debtor's Statement of Compliance with Credit Counseling Requirement. If a joint case is filed, **EACH SPOUSE MUST COMPLETE AND FILE A SEPARATE EXHIBIT D.** (*NOT TO BE confused with CERTIFICATION OF CREDIT COUNSELING (INDIVIDUAL CASES ONLY).*) Prior notice advised that said Exhibit was **due immediately**.

**Notice is hereby given** that failure to file the above indicated item(s) **within seven (7) days from the date of this notice** will result in the dismissal of this petition.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>Telephone number: 717−901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller |
| Hours Open: Monday – Friday 8:00 AM – 5:00 PM | Date: July 25, 2008 |