# Notice Recipients

District/Off: 0314−1          User: DGeorge          Date Created: 7/25/2008

Case: 1:08−bk−02603−MDF          Form ID: cc5day          Total: 3

**Recipients of Notice of Electronic Filing:**

aty          Keith B DeArmond          service@dearmondlaw.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db          Warren A. Royea, Sr.          1640 Blue Jay Drive          Dover, PA 17315

jdb          Gail M. Royea          1640 Blue Jay Drive          Dover, PA 17315

TOTAL: 2