# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

**Chapter 7**
**Case No. 1:08−bk−02603−MDF**

In re:

Debtor(s) (name(s) used by the debtor(s) in the last 8 years,
including married, maiden, and trade):

Warren A. Royea Sr.

Gail M. Royea
aka Gail M. Moritz

## NOTICE TO ALL CREDITORS AND OTHER PARTIES IN INTEREST

Pursuant to 11 U.S.C., Section 707(b), the Clerk is required to notify creditors if a presumption of abuse exists. You are hereby notified:

The debtor has filed a statement indicating a presumption of abuse arises under Section 707(b) of the Bankruptcy Code. Creditors may have the right to file a motion to dismiss the case or, with the debtor's consent, to convert the case to a Chapter 11 or 13.

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
|---|---|
| U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>Telephone number: 717−901−2800 | Clerk of the Bankruptcy Court |
| Hours Open: Monday − Friday 8:00 AM − 5:00 PM | Date: 7/25/08 |