# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Warren A. Royea Sr.
Gail M. Royea
aka Gail M. Moritz

Chapter 7
Case Number 1:08–bk–02603–MDF

## NOTICE OF DEFICIENT FILING

Debtor(s) has failed to file:

☒ Certification of Credit Counseling in accordance with Section 109(h)(1) of the U.S. Bankruptcy Code. (***NOT TO BE** confused with EXHIBIT D, INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT.*) Prior notice advised that said Certification was due immediately.

☐ EXHIBIT D, Individual Debtor's Statement of Compliance with Credit Counseling Requirement. If a joint case is filed, **EACH SPOUSE MUST COMPLETE AND FILE A SEPARATE EXHIBIT D.** (*NOT TO BE confused with CERTIFICATION OF CREDIT COUNSELING (INDIVIDUAL CASES ONLY).*) Prior notice advised that said Exhibit was **due immediately**.

**Notice is hereby given** that failure to file the above indicated item(s) **within seven (7) days from the date of this notice** will result in the dismissal of this petition.

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
|---|---|
| U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>Telephone number: 717–901–2800 | Clerk of the Bankruptcy Court:<br>Terrence S. Miller |
| Hours Open: Monday – Friday 8:00 AM – 5:00 PM | Date: July 25, 2008 |

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0314-1          User: DGeorge           Page 1 of 1             Date Rcvd: Jul 25, 2008
Case: 08-02603                Form ID: cc5day         Total Served: 2

The following entities were served by first class mail on Jul 27, 2008.
db          +Warren A. Royea, Sr.,   1640 Blue Jay Drive,   Dover, PA 17315-2772
jdb         +Gail M. Royea,   1640 Blue Jay Drive,   Dover, PA 17315-2772

The following entities were served by electronic transmission.
NONE.                                                                                TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jul 27, 2008**                                  **Signature:** *Joseph Speetjens*