UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : Bankruptcy Case No.: 08-02603
   Warren A. Royea, Sr. :
   Gail M. Royea : Chapter 7
      Debtors

## MOTION TO CONVERT CASE TO A PROCEEDING UNDER CHAPTER 13 TITLE 11

**AND NOW**, comes the Debtors, by and through counsel, Keith B. DeArmond, and file the following in support of their Motion to Convert Case to a Proceeding under Chapter 13, Title 11.

1. On or about July 24, 2008, Debtors filed a proceeding under Chapter 7 of Title 11 of the Bankruptcy Code.

2. Debtors, Warren A & Gail M. Royea, Sr., desire to convert to a proceeding under Chapter 13 and exercise their right to do so.

3. The Debtors are eligible under Title 11 of the Bankruptcy Code.

**WHEREFORE**, Debtors, Warren A & Gail M. Royea, Sr., hereby request this Court to enter an Order converting their Chapter 7 proceeding to a proceeding under Chapter13 of Title 11.

      Respectfully submitted,

Date: <u>July 29, 2008</u>      By:   */s/ Keith B. DeArmond*
      Keith B. DeArmond, Esquire
      Supreme Court I.D. 58878
      11 E. Market St., Third Floor
      York, PA 17401
      (717) 846-3200