UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy Case No.: 08-02603 |
| Warren A. Royea, Sr. | : | |
| Gail M. Royea | : | Chapter 7 |
| Debtors | | |

# **O R D E R**

**AND NOW**, upon consideration of Debtors' Motion to Convert Case to a Proceeding Under Chapter 13, Title 11,

IT IS HEREBY:

**ORDERED**, that the above-captioned case is converted to a proceeding under Chapter 13.