# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**WARREN A. ROYEA, SR.**
**GAIL M. ROYEA**
**a/k/a GAIL M. MORITZ**

Debtor(s)

| | |
|---|---|
| Chapter: | **7** |
| Case Number: | **1:08-bk-02603-MDF** |
| Document No.: | **17** |
| Nature of Proceeding: | **Motion to Convert** |

## NOTICE TO FILING PARTY

Notice is hereby given that:

    A Proposed Notice regarding docket entry #17 was not received by the Court. Please verify that the notice was sent or e-mail it at this time. Failure to do so will result in a delay in processing this matter.


Date: July 30, 2008

    Clerk, U.S. Bankruptcy Court
    228 Walnut Street
    PO Box 908
    Harrisburg, PA 17108-0908