# UNITED STATES BANKRUPTCY COURT
## Middle District of Pennsylvania

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 7/24/08.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or electronically through "PACER" (Public Access to Court Electronic Records).

**NOTE:** The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

| | |
|---|---|
| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):<br>Warren A. Royea Sr.<br>1640 Blue Jay Drive<br>Dover, PA 17315 | Gail M. Royea<br>aka Gail M. Moritz<br>1640 Blue Jay Drive<br>Dover, PA 17315 |
| Case Number:<br>1:08−bk−02603−MDF | Last four digits of Social Security No., Individual Taxpayer−ID(ITIN) No. or EIN No.:<br>xxx−xx−7762<br>xxx−xx−9786 |
| Attorney for Debtor(s) (name and address):<br>Keith B DeArmond<br>DeArmond and Associates<br>11 East Market Street<br>York, PA 17401<br>Telephone number: 717 846−3200 | Bankruptcy Trustee (name and address):<br>Lawrence V. Young (Trustee)<br>CGA Law Firm<br>135 North George Street<br>York, PA 17401<br>Telephone number: 717 848−4900 |

### Meeting of Creditors:
All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors.

Date: 08/27/2008     Time: 02:00 PM
Location: York County Judicial Center, Hearing Room 1, 4th Floor, 45 North George Street, York, PA 17401

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of Debtor *or* to Determine Dischargeability of Certain Debts: October 26, 2008**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### CREDITORS WITH A FOREIGN ADDRESS
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
|---|---|
| U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>Telephone number: 717−901−2800 | Clerk of the Bankruptcy Court |
| Hours Open: Monday – Friday 8:00 AM – 5:00 PM | Date: 7/30/08 |

# EXPLANATIONS

FORM B9A (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under §707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| DoNot file Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts: | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the **"Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts"** listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. |
| Exempt Property: | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the **"Deadline to Object to Exemptions"** listed on the front side. |
| Bankruptcy Clerk's Office | Any document that you file in this bankruptcy case should be filed through "ECF" (Electronic Case Filing) or with the bankruptcy clerk's office at the address listed on the front side. You may inspect all documents filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office or electronically through "PACER" (Public Access to Court Electronic Records). |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |

## −− Refer to Other Side for Important Deadlines and Notices −−

**RAPID DATA ACCESS:** We encourage you to register with our Public Access to Court Electronic Records System ("PACER") by visiting the PACER Home Page at **http://pacer.psc.uscourts.gov/** or by calling **1−800−676−6856.**

**COPY REQUESTS:** To obtain copies of documents, send a written request to the Clerk's Office as listed on this notice.

**IMPORTANT NOTICES TO DEBTOR:** Pursuant to Section 727(a)(11) and 1328(g) of the Bankruptcy Code, you are required in most instances to file a certification with the Clerk, of the completion of a **Personal Instructional Financial Management Course.** Failure to do so will prevent the issuance of a Discharge. Your case will be closed and you **may be** required to pay a reopening fee if you later desire to receive a discharge.

Failure to file other, required documents may result in the dismissal of your case without further notice.

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0314-1            User: BRushow              Page 1 of 1              Date Rcvd: Jul 30, 2008
Case: 08-02603                  Form ID: B9A               Total Served: 33

The following entities were served by first class mail on Aug 01, 2008.
 db          +Warren A. Royea, Sr.,    1640 Blue Jay Drive,    Dover, PA 17315-2772
 jdb         +Gail M. Royea,    1640 Blue Jay Drive,    Dover, PA 17315-2772
 aty         +Keith B DeArmond,    DeArmond and Associates,    11 East Market Street,    York, PA 17401-1227
 tr          +Lawrence V. Young (Trustee),    CGA Law Firm,    135 North George Street,    York, PA 17401-1132
 3051532     +American Education Services,    1200 North 7th Street,    Harrisburg, PA 17102-1419
 3051537     +Chase Auto Finance Corporation,    14800 Frye Road,    Fort Worth, TX 76155-2732
 3051538     +Citi Bank,    P.O. Box 499,    Hanover, MD 21076-0499
 3051531     +DeArmond & Associates,    11 East Market Street Third Floor,    York, PA 17401-1227
 3051539     +First Capital Fifth Third,    20 Northwest First Street,    Evansville, IN 47708-1201
 3051541     +G.E. Money Bank,    P.O. Box 30762,    Salt Lake City, UT 84130-0762
 3051540     +G.E. Money Bank,    P.O. Box 981439,    El Paso, TX 79998-1439
 3051543     +Granite State Management,    P.O. Box 2097,    Concord, NH 03302-2097
 3051545     +Kay Jewelers,    P.O. Box 740425,    Cincinnati, OH 45274-0425
 3051546     +Merrick Bank,    P.O. Box 1500,    Draper, UT 84020-1500
 3051547     +PA Department Of Revenue,    1 Revenue Place,    Harrisburg, PA 17129-0001
 3051548     +Penncro Associates, Inc.,    P.O. Box 1878,    Southampton, PA 18966-0108
 3051530     +Royea Gail M,    1640 Blue Jay Drive,    Dover, PA 17315-2772
 3051529     +Royea Warren A Sr,    1640 Blue Jay Drive,    Dover, PA 17315-2772
 3051549     +Sallie Mae Foundation,    P.O. Box 9500,    Wilkes Barre, PA 18773-9500
 3051550      Saxon Mortgage,    478 Mercantile Drive,    Fort Worth, TX 76137
 3051553     +U.S. Cellular,    C/O Portfolio Recovery,    120 Corporate Boulevard,    Norfolk, VA 23502-4962
 3051555     +Wells Fargo Auto Finance,    711 West Broadway Road,    Tempe, AZ 85282-1218
 3051556     +Wells Fargo Financial,    P.O. Box 94498,    Las Vegas, NV 89193-4498
 3051557     +York Adams Tax Bureau,    P.O. Box 15627,    York, PA 17405-0156

The following entities were served by electronic transmission on Jul 30, 2008.
 3051533      EDI: PHINAMERI.COM Jul 30 2008 16:38:00      Americredit,   P.O. Box 183593,
                Arlington, TX   76096
 3051534     +EDI: TSYS2.COM Jul 30 2008 16:38:00      Barclay's Bank of Delaware,   125 South West Street,
                Wilmington, DE 19801-5014
 3051535     +EDI: CAPITALONE.COM Jul 30 2008 16:38:00      Capital One,   P.O. Box 30281,
                Salt Lake City, UT 84130-0281
 3051536     +EDI: CHASE.COM Jul 30 2008 16:38:00      Chase,   800 Brookside Boulevard,
                Westerville, OH 43081-2822
 3051542     +EDI: RMSC.COM Jul 30 2008 16:38:00      GEMB/Walmart,   P.O. Box 981400,   El Paso, TX 79998-1400
 3051544     +EDI: HFC.COM Jul 30 2008 16:38:00      HSBC Bank,   P.O. Box 5253,   Carol Stream, IL 60197-5253
 3051551     +EDI: TSYS2.COM Jul 30 2008 16:38:00      Spirit Of America National Bank,   1103 Allen Drive,
                Milford, OH 45150-8763
 3051552     +EDI: WTRRNBANK.COM Jul 30 2008 16:38:00      Target,   P.O. Box 59231,
                Minneapolis, MN 55459-0231
 3051554     +EDI: PROVID.COM Jul 30 2008 16:38:00      Washington Mutual,   P.O. Box 660509,
                Dallas, TX 75266-0509
 3051555     +EDI: WFFC.COM Jul 30 2008 16:38:00      Wells Fargo Auto Finance,   711 West Broadway Road,
                Tempe, AZ 85282-1218
 3051556     +EDI: WFFC.COM Jul 30 2008 16:38:00      Wells Fargo Financial,   P.O. Box 94498,
                Las Vegas, NV 89193-4498
                                                                                              TOTAL: 11

                ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 01, 2008**         **Signature:** *Joseph Speetjens*