# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy Case No.: 1:08-bk-02603-MDF |
|     WARREN A. ROYEA, SR. | : | |
|     GAIL M. ROYEA | : | Chapter 7 |
|     a/k/a GAIL M. MORITZ | : | |
|         Debtors | : | |

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

**NOTICE IS HEREBY GIVEN** that a Motion to Convert from Chapter 7 to Chapter 13 was filed on July 29, 2008, in the United States Bankruptcy Court. Objections to the Motion to Convert from Chapter 7 to Chapter 13 shall be filed with the Clerk, United States Bankruptcy Court, Middle District of Pennsylvania, P.O. Box 908, Harrisburg, PA 17108, within **twenty (20) days** from the date of this Notice. All Objections shall conform to the Federal Rules of Bankruptcy Procedure and shall be served upon counsel for Debtors and upon the Chapter 13 Trustee.

If no objections are timely filed and served, the Court may enter an order granting the Motion to Convert from Chapter 7 to Chapter 13.

Date: _____

Keith B. DeArmond, Esquire
Attorney for Debtors
11 East Market Street, Third Floor
York, PA 17401
(717) 846-3200

Clerk, United States Bankruptcy Court
Middle District of Pennsylvania
PO Box 908
Harrisburg, PA 17108