United States Bankruptcy Court
Middle District of Pennsylvania

IN RE:

Royea, Warren A. Sr. & Royea, Gail M.
Debtor(s)

Case No. **1:08-bk-2603 (182247)**

Chapter **13**

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the following document(s):
**Motion to Convert from Chapter 7 to Chapter 13**

was(were) mailed to all persons in interest at the addresses set forth in the exhibit which is attached hereto, by first class mail, postage prepaid, on this **15th** day of **August**, **2008**.

*/s/ Keith B. DeArmond*
Keith B. DeArmond 58878
DeArmond & Associates
11 East Market Street, Third Floor
York, PA 17401

American Education Services
1200 North 7th Street
Harrisburg, PA 17102

Americredit
P.O. Box 183853
Arlington, TX 76096

Barclay's Bank of Delaware
125 South West Street
Wilmington, DE 19801

Capital One
P.O. Box 30281
Salt Lake City, UT 84130

Chase
800 Brookside Boulevard
Westerville, OH 43081

Chase Auto Finance Corporation
14800 Frye Road
Fort Worth, TX 76155

Citi Bank
P.O. Box 499
Hanover, MD 21076

Crystal Royea

First Capital Fifth Third
20 Northwest First Street
Evansville, IN 47708

G.E. Money Bank
P.O. Box 981439
El Paso, TX 79998

G.E. Money Bank
P.O. Box 30762
Salt Lake City, UT 84130

GEMB/Walmart
P.O. Box 981400
El Paso, TX 79998

Granite State Management
P.O. Box 2097
Concord, NH 03302

HSBC Bank
P.O. Box 5253
Carol Stream, IL 60197

Kay Jewelers
P.O. Box 740425
Cincinnati, OH 45274

Lawrence V. Young, Trustee
CGA Law Firm
135 North George Street
York, PA 17401

Merrick Bank
P.O. Box 1500
Draper, UT 84020

PA Department Of Revenue
1 Revenue Place
Harrisburg, PA 17129

Penncro Associates, Inc.
P.O. Box 1878
Southampton, PA 18966

Sallie Mae Foundation
P.O. Box 9500
Wilkes Barre, PA 18773

Saxon Mortgage
478 Mercantile Drive
Fort Worth, TX 76137

Spirit Of America National Bank
1103 Allen Drive
Milford, OH 45150

Target
P.O. Box 59231
Minneapolis, MN 55459

U.S. Cellular
C/O Portfolio Recovery
120 Corporate Boulevard
Norfolk, VA 23502

United States Trustee
PO Box 969
Harrisburg, PA 17108

Washington Mutual
P.O. Box 660509
Dallas, TX 75266

Wells Fargo Auto Finance
711 West Broadway Road
Tempe, AZ 85282

Wells Fargo Financial
P.O. Box 94498
Las Vegas, NV 89193

York Adams Tax Bureau
P.O. Box 15627
York, PA 17405

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : Bankruptcy Case No.: 1:08-bk-02603-MDF |
| WARREN A. ROYEA, SR. | : |
| GAIL M. ROYEA | : Chapter 7 |
| a/k/a GAIL M. MORITZ | : |
| Debtors | : |

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

**NOTICE IS HEREBY GIVEN** that a Motion to Convert from Chapter 7 to Chapter 13 was filed on July 29, 2008, in the United States Bankruptcy Court. Objections to the Motion to Convert from Chapter 7 to Chapter 13 shall be filed with the Clerk, United States Bankruptcy Court, Middle District of Pennsylvania, P.O. Box 908, Harrisburg, PA 17108, within **twenty (20) days** from the date of this Notice. All Objections shall conform to the Federal Rules of Bankruptcy Procedure and shall be served upon counsel for Debtors and upon the Chapter 13 Trustee.

If no objections are timely filed and served, the Court may enter an order granting the Motion to Convert from Chapter 7 to Chapter 13.

Date: August 15, 2008

Keith B. DeArmond, Esquire
Attorney for Debtors
11 East Market Street, Third Floor
York, PA 17401
(717) 846-3200

Clerk, United States Bankruptcy Court
Middle District of Pennsylvania
PO Box 908
Harrisburg, PA 17108