# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Case No. **1:08−bk−02603−MDF**
**Chapter 7**

In re:
  Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Warren A. Royea Sr.                    Gail M. Royea
                                       aka Gail M. Moritz

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been ⦿ **rescheduled** ○ **continued** to:

**DATE: 10/08/2008**
**TIME: 01:30 PM**
**LOCATION: York County Judicial Center, Hearing Room 1, 4th Floor, 45 North George Street, York, PA 17401**

for the

○ **Debtor in the above referenced case.**
○ **Joint Debtor in the above referenced case.**
⦿ **Debtor and Joint Debtor in the above referenced case.**

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
|---|---|
| U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>Telephone number: 717−901−2800 | Clerk of the Bankruptcy Court |
| Hours Open: Monday – Friday 8:00 AM – 5:00 PM | Date: August 29, 2008 |