UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                                           Bankr. Case No. 08-0260-MDF-7

GAIL M. ROYEA & WARREN A. ROYEA                            Chapter 7
    Debtor(s)

## REQUEST FOR NOTICE

Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. as Assignee from Long Beach Acceptance Corp. hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

                        AmeriCredit Financial Services, Inc. as Assignee from Long Beach
                        Acceptance Corp.
                        PO Box 183853
                        Arlington, TX 76096

                        AmeriCredit Financial Services, Inc. as Assignee
                        from Long Beach Acceptance Corp.

                        /s/ Alice Whitten
By_____
                        Alice Whitten
                        PO Box 183853
                        Arlington, TX 76096
                        877-203-5538
                        877-259-6417
                        Customer.service.bk@americredit.com
                        Bar ID: 00793029 TX

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on September 12, 2008 :

    Keith B DeArmond                                    Lawrence V Young
    DeArmond and Associates                      135 North George St
    11 East Market Street                            York, PA 17401
    York, PA 17401

xxxxx40132 / 513125
Case 1:08-bk-02603-MDF    Doc 26    Filed 09/12/08    Entered 09/12/08 11:03:25    Desc
Main Document      Page 1 of 1