UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy Case No.: 1:08-bk-02603-MDF |
| WARREN A. ROYEA, SR. | : | |
| GAIL M. ROYEA | : | Chapter 7 |
| a/k/a GAIL M. MORITZ | : | |
| Debtors | : | |

# O R D E R

**AND NOW**, upon consideration of Debtors' Motion to Convert Case to a Proceeding Under Chapter 13, Title 11,

IT IS HEREBY:

**ORDERED**, that the above-captioned case is converted to a proceeding under Chapter 13.

By the Court,

*Mary D. France*
Bankruptcy Judge      (JDK)

This document is electronically signed and filed on the same date.

Dated: September 12, 2008