UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WARREN A. ROYEA, SR.  Chapter   13
GAIL M. ROYEA
 a/k/a GAIL M. MORITZ

Debtor(s)     Case No.: 1:08-bk-02603 MDF

## CERTIFICATE OF MAILING

The undersigned deputy clerk hereby certifies that a true and correct copy of the attached document was served on the following by placing a copy of same in first class U.S. mail today, postage prepaid, addressed as follows:

WARREN A. ROYEA, SR.
GAIL M. ROYEA
1640 BLUE JAY DRIVE
DOVER, PA 17315

Date:   September 12, 2008

Deborah George, Deputy Clerk