# Notice Recipients

District/Off: 0314−1  User: KZimmerma  Date Created: 9/24/2008
Case: 1:08−bk−02603−MDF  Form ID: pdf002  Total: 38

**Recipients of Notice of Electronic Filing:**
tr     Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com
aty    Alice Lynn Whitten    customer.service.bk@americredit.com
aty    Keith B DeArmond    service@dearmondlaw.com

                                                                                    TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Warren A. Royea, Sr.        1640 Blue Jay Drive        Dover, PA 17315
jdb        Gail M. Royea        1640 Blue Jay Drive        Dover, PA 17315
cr         AmeriCredit.        c/o Alice Whitten        POB 183853        Arlington, TX 76096
3085792    AmeriCredit Financial Services, Inc.        PO Box 183853        Arlington, TX 76096
3051532    American Education Services        1200 North 7th Street        Harrisburg, PA 17102
3051533    Americredit        P.O. Box 183593        Arlington, TX 76096
3051534    Barclay's Bank of Delaware        125 South West Street        Wilmington, DE 19801
3051535    Capital One        P.O. Box 30281        Salt Lake City, UT 84130
3051536    Chase        800 Brookside Boulevard        Westerville, OH 43081
3051537    Chase Auto Finance Corporation        14800 Frye Road        Fort Worth, TX 76155
3051538    Citi Bank        P.O. Box 499        Hanover, MD 21076
3051531    DeArmond &Associates        11 East Market Street Third Floor        York, PA 17401
3067651    Fifth Third bank        PO Box 3789        Evansville, IN 47736−3789
3051539    First Capital Fifth Third        20 Northwest First Street        Evansville, IN 47708
3051541    G.E. Money Bank        P.O. Box 30762        Salt Lake City, UT 84130
3051540    G.E. Money Bank        P.O. Box 981439        El Paso, TX 79998
3051542    GEMB/Walmart        P.O. Box 981400        El Paso, TX 79998
3051543    Granite State Management        P.O. Box 2097        Concord, NH 03302
3051544    HSBC Bank        P.O. Box 5253        Carol Stream, IL 60197
3051545    Kay Jewelers        P.O. Box 740425        Cincinnati, OH 45274
3051546    Merrick Bank        P.O. Box 1500        Draper, UT 84020
3051547    PA Department Of Revenue        1 Revenue Place        Harrisburg, PA 17129
3051548    Penncro Associates, Inc.        P.O. Box 1878        Southampton, PA 18966
3089035    Roundup Funding, LLC        MS 550        PO Box 91121        Seattle, WA 98111−9221
3051530    Royea Gail M        1640 Blue Jay Drive        Dover, PA 17315
3051529    Royea Warren A Sr        1640 Blue Jay Drive        Dover, PA 17315
3051549    Sallie Mae Foundation        P.O. Box 9500        Wilkes Barre, PA 18773
3051550    Saxon Mortgage        478 Mercantile Drive        Fort Worth, TX 76137
3051551    Spirit Of America National Bank        1103 Allen Drive        Milford, OH 45150
3051552    Target        P.O. Box 59231        Minneapolis, MN 55459
3051553    U.S. Cellular        C/O Portfolio Recovery        120 Corporate Boulevard        Norfolk, VA 23502
3051554    Washington Mutual        P.O. Box 660509        Dallas, TX 75266
3051555    Wells Fargo Auto Finance        711 West Broadway Road        Tempe, AZ 85282
3051556    Wells Fargo Financial        P.O. Box 94498        Las Vegas, NV 89193
3051557    York Adams Tax Bureau        P.O. Box 15627        York, PA 17405

                                                                                   TOTAL: 35