UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                   Chapter 13
     Warren A. Royea, Sr.
     Gail M. Royea
         Debtors                      Case No.: 1:08-bk-2603 (182247)

## DEBTORS' AFFIDAVIT OF DISBURSEMENT OF TRUSTEE FUNDS
## UPON DISMISSAL AND/OR CONVERSION OF CASE PRIOR TO CONFIRMATION

If our case is dismissed and/or converted to a Chapter 7 prior to confirmation of our Chapter 13 Plan, we, Warren A. Royea, Sr. and Gail M. Royea, the Debtors in the above-captioned case, hereby assign to our Attorney, Keith B. DeArmond, Esquire, the funds held in trust by the Standing Chapter 13 Trustee, Charles J. DeHart, III, pursuant to the Chapter 13 Plan and hereby authorize the said Trustee to pay all of said funds to Keith B. DeArmond, Esquire, for purposes of attorney compensation with the balance, if any, to be forwarded by our Attorney to us.

Date: 9|4|08                               _____
                                                         Warren A. Royea, Sr., Debtor

Date: 9|4|08                               _____
                                                         Gail M. Royea, Debtor