amdpln

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Warren A. Royea Sr.  
Gail M. Royea  
aka Gail M. Moritz  

Chapter 13

Case No. 1:08−bk−02603−MDF

Debtor(s)

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

An Amended Plan has been filed in the above−referenced case. A copy of the Amended Plan is included with this notice. You will receive separate notice of the Confirmation Hearing when it is scheduled. The notice of the Confirmation Hearing will include the deadline for filing Objections to Plan Confirmation.

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
|---|---|
| U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>Telephone number: 717−901−2800 | Clerk of the Bankruptcy Court:<br>Terrence S. Miller |
| Hours Open: Monday − Friday 8:00 AM − 5:00 PM | Date: September 29, 2008 |