# Notice Recipients

District/Off: 0314−1     User: DGeorge     Date Created: 9/29/2008
Case: 1:08−bk−02603−MDF     Form ID: pdf002     Total: 38

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| tr | Charles J. DeHart, III (Trustee) | dehartstaff@pamd13trustee.com |
| aty | Alice Lynn Whitten | customer.service.bk@americredit.com |
| aty | Keith B DeArmond | service@dearmondlaw.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | |
|---|---|---|---|
| db | Warren A. Royea, Sr. | 1640 Blue Jay Drive | Dover, PA 17315 |
| jdb | Gail M. Royea | 1640 Blue Jay Drive | Dover, PA 17315 |
| cr | AmeriCredit. | c/o Alice Whitten POB 183853 | Arlington, TX 76096 |
| 3085792 | AmeriCredit Financial Services, Inc. | PO Box 183853 | Arlington, TX 76096 |
| 3051532 | American Education Services | 1200 North 7th Street | Harrisburg, PA 17102 |
| 3051533 | Americredit | P.O. Box 183593 | Arlington, TX 76096 |
| 3051534 | Barclay's Bank of Delaware | 125 South West Street | Wilmington, DE 19801 |
| 3051535 | Capital One | P.O. Box 30281 | Salt Lake City, UT 84130 |
| 3051536 | Chase | 800 Brookside Boulevard | Westerville, OH 43081 |
| 3051537 | Chase Auto Finance Corporation | 14800 Frye Road | Fort Worth, TX 76155 |
| 3051538 | Citi Bank | P.O. Box 499 | Hanover, MD 21076 |
| 3051531 | DeArmond &Associates | 11 East Market Street Third Floor | York, PA 17401 |
| 3067651 | Fifth Third bank | PO Box 3789 | Evansville, IN 47736−3789 |
| 3051539 | First Capital Fifth Third | 20 Northwest First Street | Evansville, IN 47708 |
| 3051541 | G.E. Money Bank | P.O. Box 30762 | Salt Lake City, UT 84130 |
| 3051540 | G.E. Money Bank | P.O. Box 981439 | El Paso, TX 79998 |
| 3051542 | GEMB/Walmart | P.O. Box 981400 | El Paso, TX 79998 |
| 3051543 | Granite State Management | P.O. Box 2097 | Concord, NH 03302 |
| 3051544 | HSBC Bank | P.O. Box 5253 | Carol Stream, IL 60197 |
| 3051545 | Kay Jewelers | P.O. Box 740425 | Cincinnati, OH 45274 |
| 3051546 | Merrick Bank | P.O. Box 1500 | Draper, UT 84020 |
| 3051547 | PA Department Of Revenue | 1 Revenue Place | Harrisburg, PA 17129 |
| 3051548 | Penncro Associates, Inc. | P.O. Box 1878 | Southampton, PA 18966 |
| 3089035 | Roundup Funding, LLC | MS 550 PO Box 91121 | Seattle, WA 98111−9221 |
| 3051530 | Royea Gail M | 1640 Blue Jay Drive | Dover, PA 17315 |
| 3051529 | Royea Warren A Sr | 1640 Blue Jay Drive | Dover, PA 17315 |
| 3051549 | Sallie Mae Foundation | P.O. Box 9500 | Wilkes Barre, PA 18773 |
| 3051550 | Saxon Mortgage | 478 Mercantile Drive | Fort Worth, TX 76137 |
| 3051551 | Spirit Of America National Bank | 1103 Allen Drive | Milford, OH 45150 |
| 3051552 | Target | P.O. Box 59231 | Minneapolis, MN 55459 |
| 3051553 | U.S. Cellular | C/O Portfolio Recovery 120 Corporate Boulevard | Norfolk, VA 23502 |
| 3051554 | Washington Mutual | P.O. Box 660509 | Dallas, TX 75266 |
| 3051555 | Wells Fargo Auto Finance | 711 West Broadway Road | Tempe, AZ 85282 |
| 3051556 | Wells Fargo Financial | P.O. Box 94498 | Las Vegas, NV 89193 |
| 3051557 | York Adams Tax Bureau | P.O. Box 15627 | York, PA 17405 |

TOTAL: 35