# CERTIFICATE OF TITLE

## STATE OF NEW HAMPSHIRE

| VEHICLE IDENTIFICATION NO. | MODEL YR. | YR. OF MFG. | MAKE | MODEL |
|---|---|---|---|---|
| KMHC645C23U478304 | 2003 | | HYUN | ACCENT |

| TITLE NO. | BODY STYLE | NEW/USED | | DATE OF ISSUE |
|---|---|---|---|---|
| 10619164 | 4DSED | USED | | 06/29/06 |

PREV. TITLE NO.
9672034                              ACTUAL MILEAGE

PREV. TITLE STATE          MAILING ADDRESS
NH

WELLS FARGO FINANCIAL
PO BOX 250
ESSINGTON     PA  19029

**OWNER(S) NAME AND ADDRESS**
ROYEA CRYSTAL D
20 ORIOLE AVE
KEENE                    NH  03431

**FIRST LIENHOLDER NAME AND ADDRESS**                        LEGEND(S)
WELLS FARGO FINANCIAL
PO BOX 250
ESSINGTON     PA  19029

**SECOND LIENHOLDER NAME AND ADDRESS**

### RELEASE OF LIEN
THE LIEN HOLDER ON THE VEHICLE DESCRIBED IN THIS CERTIFICATE DOES HEREBY STATE THAT THE LIEN IS RELEASED.

_____ BY _____ DATE _____
     FIRM NAME         SIGNATURE OF AUTHORIZED AGENT

_____ BY _____ DATE _____
     FIRM NAME         SIGNATURE OF AUTHORIZED AGENT

THE DIVISION OF MOTOR VEHICLES HEREBY CERTIFIES THAT THE APPLICANT HEREIN NAMED IS DULY REGISTERED AS THE OWNER OF THE VEHICLE DESCRIBED ABOVE; AND THAT FROM THE STATEMENTS OF THE OWNER AND THE RECORDS ON FILE WITH THIS DIVISION, THE VEHICLE DESCRIBED IS SUBJECT TO THE LIENS ENUMERATED, IF ANY, AND NO OTHERS.

CONTROL NUMBER
C3522879



VIRGINIA C. BEECHER
DIRECTOR