UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>WARREN A. ROYEA, SR.<br>GAIL M. ROYEA<br>　**Debtor(s)**<br><br>WELLS FARGO AUTO FINANCE<br>　**Movant**<br>　　vs.<br><br>WARREN A. ROYEA, SR.<br>GAIL M. ROYEA<br>　CRYSTAL D. ROYEA<br>　**Respondent(s)**<br><br>CHARLES J. DEHART, III<br>　**Trustee** | Case No.: 1:08-02603 (MDF)<br><br>Chapter 13<br>　Previous Chapter 7<br><br>Docket No.<br><br>11 U.S.C. 362<br><br>11 U.S.C. 1301 |

### CERTIFICATE OF NON-CONCURRENCE

　　I, William E. Craig, Esquire, attorney for Wells Fargo Auto Finance, hereby certify that I do not have the concurrence for the lifting from the automatic stay and co-debtor stay from the debtors' attorney or the Chapter 13 Trustee. Please enter an Order establishing a hearing date and response deadline.

　　　　　　　　　　　　　　　　The Law Office of John R. Morton, Jr.

　　　　　　　　　　　　　　　　/s/ William E. Craig
　　　　　　　　　　　　　　　　William E. Craig, Esquire
　　　　　　　　　　　　　　　　Attorney I.D. No. 92329
　　　　　　　　　　　　　　　　110 Marter Avenue, Suite 301
　　　　　　　　　　　　　　　　Moorestown, NJ 08057
　　　　　　　　　　　　　　　　(856) 866-0100
　　　　　　　　　　　　　　　　Attorney for Movant

Dated: 10/17/08