UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| | |
|---|---|
| IN RE: )<br>WARREN A. ROYEA, SR. )<br>GAIL M. ROYEA )<br>    **Debtor(s)** )<br>)<br>WELLS FARGO AUTO FINANCE )<br>    **Movant** )<br>    vs. )<br>)<br>WARREN A. ROYEA, SR. )<br>GAIL M. ROYEA )<br> CRYSTAL D. ROYEA )<br>    **Respondent(s)** )<br>)<br>CHARLES J. DEHART, III )<br>    **Trustee** )<br>)  | Case No.: 1:08-02603 (MDF)<br><br>Chapter 13<br>   Previous Chapter 7<br><br>Docket No.<br><br>11 U.S.C. 362<br><br>11 U.S.C. 1301 |

### ORDER VACATING THE AUTOMATIC STAY AND CO-DEBTOR STAY AS TO PERSONAL PROPERTY

    Upon the motion of Wells Fargo Auto Finance, under Bankruptcy Code §362(d) and §1301 for relief from the automatic stay and co-debtor stay as to certain personal property as hereinafter set forth and for good cause shown;

    **ORDERED** that the automatic stay of the Bankruptcy Code §362(a) and co-debtor stay of §1301 are vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2003 Hyundai Accent** bearing vehicle identification number KMHCG45C23U478304 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Dated:_____

                                                _____
                                                UNITED STATES BANKRUPTCY JUDGE