UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:                                       )
                                             )
WARREN A. ROYEA, SR.                         ) Chapter 13
GAIL M. ROYEA                                )  Previous Chapter 7
    **Debtor(s)**                                )
                                             ) Case No.: 1:08-bk-02603-(MDF)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 20, 2008, I served a copy of the Motion For Stay Relief And Co-Debtor Relief, Certification of Non-Concurrence, Proposed Order, and Order Setting Answer Date and Hearing to the following parties in this matter:

| Name and Address | Mode Of Service |
|---|---|
| Debtors<br>Warren and Gail Royea<br>1640 Blue Jay Drive<br>Dover, PA 17315 | Regular Mail |
| Co-Debtor<br>Crystal D. Royea<br>111 Railroad Street Apt. 21<br>Keene, NH 03431 | Regular Mail |

The following parties were served with the Motion via electronic means on October 17, 2008:

Debtors' Attorney                           Trustee
Keith B. DeArmond, Esq.                     Charles J. DeHart, III
DeArmond and Associates                     8125 Adams Drive, Suite A
11 East Market Street                       Hummelstown, PA 17036
York, PA 17401

United States Trustee
PO Box 969
Harrisburg, PA 17108

I certify under penalty of perjury that the foregoing is true and correct.

Date: 10/20/08

        /s/ William E. Craig
        William E. Craig
        The Law Office of John R. Morton, Jr.
        110 Marter Ave., Suite 301
        Moorestown, NJ 08057
        (856) 866-0100
        Bar I.D. 92329 - Pennsylvania