# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Warren A. Royea Sr.
Gail M. Royea
aka Gail M. Moritz

Case No. 1:08−bk−02603−MDF
Chapter 13

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

The confirmation hearing has been scheduled for the above−captioned case.

A deadline of **November 20, 2008** has been set for objections to confirmation of the plan. Any objections to confirmation of the plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: December 3, 2008 Time: 09:30 AM |
|---|---|

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned off upon entering the Courtroom and Chambers.

Photo identification is required upon entering.

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
|---|---|
| U.S. Bankruptcy Court Ronald Reagan Federal Building PO Box 908 Harrisburg, PA 17108 Telephone number: 717−901−2800 | Clerk of the Bankruptcy Court |
| Hours Open: Monday − Friday 8:00 AM − 5:00 PM | Date: 10/24/08 |