# Notice Recipients

District/Off: 0314−1   User: KZimmerma   Date Created: 10/24/2008
Case: 1:08−bk−02603−MDF   Form ID: cnfhrg   Total: 45

**Recipients of Notice of Electronic Filing:**
ust    United States Trustee    ustpregion03.ha.ecf@usdoj.gov
tr     Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com
aty    Alice Lynn Whitten    customer.service.bk@americredit.com
aty    Keith B DeArmond    service@dearmondlaw.com
aty    William E. Craig    mortonlaw.bcraig@verizon.net

                                                    TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Warren A. Royea, Sr.    1640 Blue Jay Drive    Dover, PA 17315
jdb        Gail M. Royea    1640 Blue Jay Drive    Dover, PA 17315
cr         AmeriCredit.    c/o Alice Whitten    POB 183853    Arlington, TX 76096
cr         Wells Fargo Auto Finance    2nd Floor    13675 Technology Dr. Bldg C    Eden Prairie, MN 55344−2252
3085792    AmeriCredit Financial Services, Inc.    PO Box 183853    Arlington, TX 76096
3051532    American Education Services    1200 North 7th Street    Harrisburg, PA 17102
3051533    Americredit    P.O. Box 183593    Arlington, TX 76096
3051534    Barclay's Bank of Delaware    125 South West Street    Wilmington, DE 19801
3051535    Capital One    P.O. Box 30281    Salt Lake City, UT 84130
3051536    Chase    800 Brookside Boulevard    Westerville, OH 43081
3051537    Chase Auto Finance Corporation    14800 Frye Road    Fort Worth, TX 76155
3099475    Chase Bank USA, NA    PO BOX 15145    Wilmington, DE 19850−5145
3051538    Citi Bank    P.O. Box 499    Hanover, MD 21076
3051531    DeArmond &Associates    11 East Market Street Third Floor    York, PA 17401
3067651    Fifth Third bank    PO Box 3789    Evansville, IN 47736−3789
3051539    First Capital Fifth Third    20 Northwest First Street    Evansville, IN 47708
3051541    G.E. Money Bank    P.O. Box 30762    Salt Lake City, UT 84130
3051540    G.E. Money Bank    P.O. Box 981439    El Paso, TX 79998
3051542    GEMB/Walmart    P.O. Box 981400    El Paso, TX 79998
3051543    Granite State Management    P.O. Box 2097    Concord, NH 03302
3051544    HSBC Bank    P.O. Box 5253    Carol Stream, IL 60197
3051545    Kay Jewelers    P.O. Box 740425    Cincinnati, OH 45274
3107432    LVNV Funding LLC    Resurgent Capital Services    PO Box 10587    Greenville, SC 29603−0587
3051546    Merrick Bank    P.O. Box 1500    Draper, UT 84020
3051547    PA Department Of Revenue    1 Revenue Place    Harrisburg, PA 17129
3051548    Penncro Associates, Inc.    P.O. Box 1878    Southampton, PA 18966
3089035    Roundup Funding, LLC    MS 550    PO Box 91121    Seattle, WA 98111−9221
3051530    Royea Gail M    1640 Blue Jay Drive    Dover, PA 17315
3051529    Royea Warren A Sr    1640 Blue Jay Drive    Dover, PA 17315
3051549    Sallie Mae Foundation    P.O. Box 9500    Wilkes Barre, PA 18773
3051550    Saxon Mortgage    478 Mercantile Drive    Fort Worth, TX 76137
3051551    Spirit Of America National Bank    1103 Allen Drive    Milford, OH 45150
3100191    Sterling Inc dba Kay Jewelers    c/o/ Weltman, Weinberg &Reis, Co. L.P.A    525 Vine Street, Suite 800    Cincinnati, OH 45202
3051552    Target    P.O. Box 59231    Minneapolis, MN 55459
3051553    U.S. Cellular    C/O Portfolio Recovery    120 Corporate Boulevard    Norfolk, VA 23502
3051554    Washington Mutual    P.O. Box 660509    Dallas, TX 75266
3051555    Wells Fargo Auto Finance    711 West Broadway Road    Tempe, AZ 85282
3111911    Wells Fargo Bank, N.A.    Attn: Mac F6582−034    PO Box 500    Chester, PA 19013
3051556    Wells Fargo Financial    P.O. Box 94498    Las Vegas, NV 89193
3051557    York Adams Tax Bureau    P.O. Box 15627    York, PA 17405

                                                    TOTAL: 40