cnfhrg

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Warren A. Royea Sr.  
Gail M. Royea  
aka Gail M. Moritz

Case No. 1:08−bk−02603−MDF  
Chapter 13

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

The confirmation hearing has been scheduled for the above−captioned case.

A deadline of **November 20, 2008** has been set for objections to confirmation of the plan. Any objections to confirmation of the plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: December 3, 2008<br>Time: 09:30 AM |
|---|---|

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned off upon entering the Courtroom and Chambers.

Photo identification is required upon entering.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>Telephone number: 717−901−2800 | **For the Court:**<br><br>Clerk of the Bankruptcy Court |
|---|---|
| Hours Open: Monday − Friday 8:00 AM − 5:00 PM | Date: 10/24/08 |

# CERTIFICATE OF NOTICE

```
District/off: 0314-1           User: KZimmerma            Page 1 of 2              Date Rcvd: Oct 24, 2008
Case: 08-02603                 Form ID: cnfhrg            Total Served: 40
```

The following entities were served by first class mail on Oct 26, 2008.
```
db          +Warren A. Royea, Sr.,    1640 Blue Jay Drive,    Dover, PA 17315-2772
jdb         +Gail M. Royea,    1640 Blue Jay Drive,    Dover, PA 17315-2772
cr          ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court:  AmeriCredit.,     c/o Alice Whitten,    POB 183853,
                 Arlington, TX  76096)
cr           Wells Fargo Auto Finance,    2nd Floor,    13675 Technology Dr. Bldg C,
               Eden Prairie, MN  55344-2252
3085792     ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court:  AmeriCredit Financial Services, Inc.,    PO Box 183853,
                 Arlington, TX 76096)
3051533     ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court:  Americredit,    P.O. Box 183593,    Arlington, TX  76096)
3051532     +American Education Services,    1200 North 7th Street,    Harrisburg, PA 17102-1419
3051534     +Barclay's Bank of Delaware,    125 South West Street,    Wilmington, DE 19801-5014
3051535     +Capital One,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
3051536     +Chase,    800 Brookside Boulevard,    Westerville, OH 43081-2822
3051537     +Chase Auto Finance Corporation,    14800 Frye Road,    Fort Worth, TX 76155-2732
3099475      Chase Bank USA, NA,    PO BOX 15145,    Wilmington, DE 19850-5145
3051538     +Citi Bank,    P.O. Box 499,    Hanover, MD 21076-0499
3051531     +DeArmond & Associates,    11 East Market Street Third Floor,    York, PA 17401-1227
3067651      Fifth Third bank,    PO Box 3789,    Evansville, IN 47736-3789
3051539     +First Capital Fifth Third,    20 Northwest First Street,    Evansville, IN 47708-1201
3051540     +G.E. Money Bank,    P.O. Box 981439,    El Paso, TX 79998-1439
3051541     +G.E. Money Bank,    P.O. Box 30762,    Salt Lake City, UT 84130-0762
3051543     +Granite State Management,    P.O. Box 2097,    Concord, NH 03302-2097
3051544     +HSBC Bank,    P.O. Box 5253,    Carol Stream, IL 60197-5253
3051545     +Kay Jewelers,    P.O. Box 740425,    Cincinnati, OH 45274-0425
3051546     +Merrick Bank,    P.O. Box 1500,    Draper, UT 84020-1500
3051547     +PA Department Of Revenue,    1 Revenue Place,    Harrisburg, PA 17129-0001
3051548     +Penncro Associates, Inc.,    P.O. Box 1878,    Southampton, PA 18966-0108
3051530     +Royea Gail M,    1640 Blue Jay Drive,    Dover, PA 17315-2772
3051529     +Royea Warren A Sr,    1640 Blue Jay Drive,    Dover, PA 17315-2772
3051549     +Sallie Mae Foundation,    P.O. Box 9500,    Wilkes Barre, PA 18773-9500
3051550      Saxon Mortgage,    478 Mercantile Drive,    Fort Worth, TX  76137
3051551     +Spirit Of America National Bank,    1103 Allen Drive,    Milford, OH 45150-8763
3100191     +Sterling Inc dba Kay Jewelers,    c/o/ Weltman, Weinberg & Reis, Co. L.P.A,
               525 Vine Street, Suite 800,    Cincinnati, OH 45202-3122
3051552     +Target,    P.O. Box 59231,    Minneapolis, MN 55459-0231
3051553     +U.S. Cellular,    C/O Portfolio Recovery,    120 Corporate Boulevard,    Norfolk, VA 23502-4962
3051554     +Washington Mutual,    P.O. Box 660509,    Dallas, TX 75266-0509
3051555     +Wells Fargo Auto Finance,    711 West Broadway Road,    Tempe, AZ 85282-1218
3111911     +Wells Fargo Bank, N.A.,    Attn: Mac F6582-034,    PO Box 500,    Chester, PA 19016-0500
3051556     +Wells Fargo Financial,    P.O. Box 94498,    Las Vegas, NV 89193-4498
3051557     +York Adams Tax Bureau,    P.O. Box 15627,    York, PA 17405-0156
```

The following entities were served by electronic transmission on Oct 24, 2008.
```
3051542     +E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2008 19:46:09      GEMB/Walmart,   P.O. Box 981400,
               El Paso, TX 79998-1400
3107432      E-mail/Text: resurgentbknotifications@resurgent.com                           LVNV Funding LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
3089035      E-mail/PDF: B-LinellcBNCNotifications@blinellc.com Oct 24 2008 19:47:11      Roundup Funding, LLC,
               MS 550,    PO Box 91121,    Seattle, WA 98111-9221
                                                                                             TOTAL: 3
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 26, 2008**	**Signature:** *Joseph Speetjens*