~~M&T CREDIT SERVICES, LLC~~ LONG BEACH ACCEPTANCE CORP  ○ JSR LAL  FORM PAS230CSLC-1 (Rev. 7/04)  **SIMPLE INTEREST**

**PENNSYLVANIA**
**MOTOR VEHICLE INSTALLMENT SALE CONTRACT**, Dated 12/07/07  Account # ______

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all scheduled payments. | Total Sale Price The total cost of your purchase on credit, including your downpayment of $ 463.67 |
|---|---|---|---|---|
| 9.900 % | $ 9,064.09 | $ 26,999.99 | $ 36,064.08 | $ 36,527.75 |

Your Payment Schedule will be:

| No. of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | $ 500.89 | Monthly, beginning 01/21/08 |
| | $ | |

**Security:** You are giving a security interest in the motor vehicle being purchased.

**Prepayment:** If you pay off early, you will not have to pay a penalty.

Filing Fees: $ N/A

Late Charge: If a payment is late, you will be charged 2% of the portion of the payment which is late for each month, or part of a month greater than 10 days, that it remains unpaid.

See below and any other Contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date and prepayment refunds and penalties.

e means estimate

In this Contract, we are the SELLER: JACK GIAMBALVO MOTOR CO., INC. 2425 INDUSTRIAL HIGHWAY YORK, PA 17402
Name / Address / Zip Code

You are the BUYER(S): GAIL M ROYEA WARREN ALFRED ROYEA SR 1640 BLUE JAY DR DOVER, PA 17315
Name(s) / Address(es) / Zip Code(s)

If there is more than one Buyer, each promises, separately and together, to pay all sums due us and to perform all agreements in this Contract.

**TRADE-IN:**
You have traded in the following vehicle: 2006 HYUNDAI (Year and Make) KMHDN46D16U327069 (Description)

If a balance is still owing on the vehicle you have traded in, the Seller will pay off this amount on your behalf. You warrant and represent to us that any trade-in is free from lien, claim, encumbrance or security interest, except as shown in the "Itemization of Amount Financed" as the "Lien Payoff."

**PROPERTY INSURANCE:** You may choose the person through whom insurance is obtained against loss or damage to the Vehicle and against liability arising out of use or ownership of the Vehicle. In this Contract, you are promising to insure the Vehicle and keep it insured.

**CREDIT INSURANCE IS NOT REQUIRED:** Credit Life Insurance and Credit Disability Insurance are not required to obtain credit and will not be provided unless you sign below and agree to pay the additional cost(s). Your insurance certificate or policy will tell you the MAXIMUM amount of insurance available. All insurance purchased will be for the term of the credit. We may receive financial benefit from your purchase of Credit Insurance.

By signing, you select Single Credit Life Insurance, which costs $ N/A  What is your age? ______ Years

______ Signature of Buyer to be insured for Single Credit Life Insurance

By signing, you select Single Credit Disability Insurance, which costs $ N/A  What is your age? ______ Years

______ Signature of Buyer to be insured for Single Credit Disability Insurance

By signing, you both select Joint Credit Life Insurance, which costs $ N/A  What are your ages?

1. ______ ______
2. ______ ______
Signatures of both Buyers to be insured for Joint Credit Life Insurance

By signing, you both select Joint Credit Disability Insurance, which costs $ N/A  What are your ages?  Percentage to be insured

1. ______ ______ ______ %
2. ______ ______ ______ %
Signatures of both Buyers to be insured for Joint Credit Disability Ins.

[ ] If checked, the cost of the insurance set forth above is estimated. You will be notified of any adjustment in the cost of the insurance at the time your insurance policy is sent to you.

Insurer: ______

**IF YOU DO NOT MEET YOUR CONTRACT OBLIGATIONS, YOU MAY LOSE THE MOTOR VEHICLE AND PROPERTY THAT YOU BOUGHT WITH THIS CONTRACT, AND/OR MONEY ON DEPOSIT WITH THE ASSIGNEE.**

This Contract is between Seller and Buyer. All disclosures have been made by Seller. Seller intends to assign this Contract to the Assignee.

**Itemization of Amount Financed**

| Item | Amount |
|---|---|
| Cash Price | $ 27,351.01 |
| Cash Downpayment | $ N/A |
| Trade-In: Value of Trade-In | $ 14,703.14 |
| Lien Payoff to: TOYOTA FINANCIAL | $ 14,239.47 |
| Unpaid Cash Price Balance | $ |
| Paid to Others on Your Behalf: To ______ Insurance Company | $ * |
| To Public Officials for: License, Tags and Registration | $ 52.65 |
| Lien Fee | $ 5.00 |
| To ______ For ______ | $ N/A * |
| To ______ For ______ | $ N/A * |
| To JACK GIAMBALVO MOTOR CO For Document Fee | $ 55.00 |
| To ______ For ______ | $ N/A * |
| Optional Debt Cancellation (GAP) | $ N/A |
| Amount Financed | $ 26,999.99 |

We may retain a portion of amounts marked *

**VEHICLE:** You have agreed to purchase, under the terms of this Contract, the following motor vehicle and its extra equipment, which is called the "Vehicle" in this Contract.

| N/U | Year and Make | Series | Body Style | No. Cyl. | Truck Ton Capacity | Serial Number |
|---|---|---|---|---|---|---|
| U | 2007 HYUNDAI | TUCSON SSW | | N/A | | KM8JN72D67U572686 |

Equipped with: ___ A.T. ___ P.S. ___ AM-FM Stereo ___ 5 Spd. Other ______
___ A.C. ___ P.W. ___ AM-FM Tape ___ Vinyl Top

**DEBT CANCELLATION (GUARANTEED AUTO PROTECTION) AGREEMENT IS VOLUNTARY AND NOT REQUIRED AS A CONDITION OF THE CREDIT.** This agreement will not be provided unless you sign below, agree to pay the additional charge, and sign the separate disclosure and agreement page, which is part of this Contract. This agreement will apply during the entire term of the Contract. This agreement may not cover your entire indebtedness; see the MAXIMUM PROTECTION amount stated in the separate disclosure and agreement.

| Type of Debt Cancellation Agreement | Charge | Signature |
|---|---|---|
| Guaranteed auto protection (GAP) | $ N/A | I want guaranteed auto protection ______ Signature of Buyer |

**SERVICE CONTRACT OR WARRANTY AGREEMENT IS VOLUNTARY AND NOT REQUIRED AS A CONDITION OF THE CREDIT.** The service contract or warranty agreement will not be provided unless you sign the separate agreement with the third party provider, who is not the Seller named above, and agree to pay the additional charge. This section does not apply to any warranty that you may receive for which there is not a separate charge.

**ASSIGNEE:** We intend to assign this Contract and Security Agreement to the Assignee named in this provision. If the Assignee assigns this Contract to a subsequent assignee, the term "Assignee" also refers to such subsequent assignee. *After the Assignment, all rights and benefits of the Seller in this Contract and in the Security Agreement shall belong to and be enforceable by the Assignee.* The Assignee's name and address is:

LONG BEACH ACCEPTANCE CORP. ○ JSR : LAL.

~~M&T CREDIT SERVICES, LLC~~
~~Installment Loan Operations~~
~~One Fountain Plaza, P.O. Box 4005~~
~~Buffalo, New York 14240~~

**CO-SIGNER:** Any person signing the Co-Signer's Agreement below promises separately and together with all Co-Signer(s) and Buyer(s), to pay all sums due and to perform all agreements in this Contract. Co-Signer will not be an Owner of the Vehicle.

**CO-OWNER:** Any person signing the Co-Owner's Security Agreement below gives us a security interest in the Vehicle and agrees separately and together with all Co-Owner(s) and Buyer(s), to perform all agreements in the Security Agreement and all other parts of this Contract except the "Promise to Pay" section.

**TERMS:** The terms shown in the boxes above are part of this Contract.

**PROMISE TO PAY:** You agree to pay us the Total Sale Price for the Vehicle by making the Cash Downpayment and assigning the Trade-In, if shown above, on or before the date of this Contract, and paying us the Amount Financed plus Finance Charge. You promise to make payments in accordance with the Payment Schedule. You promise to make payments on or before the same day of each month as the first payment due date. You agree to pay all other amounts which may become due under the terms of this Contract. You agree to pay the Seller or Assignee costs of suit. You also agree to pay reasonable attorneys' fees if Seller or Assignee hires an attorney to collect amounts due under this Contract or to protect or get possession of the Vehicle, as permitted by applicable law. You agree to make payments at the place or to send payments to the address which the Assignee most recently specifies in the written notice to you.

**SECURITY AGREEMENT:** To secure the payment of all sums due and the performance of all required obligations under this Contract, you give a security interest in the Vehicle, in all parts (called "accessions") attached to the Vehicle at any later time, and in any proceeds of the Vehicle, including insurance proceeds. The Assignee may set-off any amounts due and unpaid under this Contract against any of your money on deposit with Assignee. This includes any money which is now or may in the future be deposited with Assignee by you. Assignee may do this without any prior notice to you.

**ADDITIONAL DISCLOSURES AND TERMS AND CONDITIONS:**
Disclosures: Before signing this Contract, be sure that you receive and read the Disclosure to Buyer.

Terms and Conditions: Before signing this Contract, be sure you receive and read the following, which are additional pages to and part of this Contract:
- This Contract continues on the reverse side.
- Debt Cancellation (Guaranteed Auto Protection) separate disclosure and agreement, if purchased as part of this Contract and disclosed above.

THIS CONTRACT CONTINUES ON THE REVERSE SIDE. YOU ARE OBLIGATED TO ALL THE TERMS OF THE CONTRACT WHICH APPEAR ON THE FRONT AND REVERSE SIDES.

***The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.***

By signing below, we agree to sell the Vehicle to you under the terms of this Contract.

SELLER JACK GIAMBALVO MOTOR CO., INC.
BY: [signature] 12/07/07 Date

NOTICE TO BUYER—DO NOT SIGN THIS CONTRACT IN BLANK. YOU ARE ENTITLED TO AN EXACT COPY OF THE CONTRACT YOU SIGN. KEEP IT TO PROTECT YOUR LEGAL RIGHTS.
BUYER Gail M. Royea (SEAL) 12/07/07 Date
BUYER [signature] (SEAL) 12/07/07 Date

**CO-SIGNER: YOU SHOULD READ THE NOTICE TO CO-SIGNER, WHICH HAS BEEN GIVEN TO YOU ON A SEPARATE DOCUMENT, BEFORE SIGNING THE CO-SIGNER'S AGREEMENT.**
**CO-SIGNER'S AGREEMENT:** You, the person (or persons) signing below as "Co-Signer," promise to pay to us all sums due on this Contract and to perform all agreements in this Contract. You intend to be legally bound by all the terms of this Contract, separately and together, with the Buyer. You are making this promise to induce us to make this Contract with the Buyer, even though we will use the proceeds only for the Buyer's benefit. You agree to pay even though we may not have made any prior demand for payment on the Buyer or exercised our security interest. You also acknowledge receiving a completed copy of this Contract.

______ (SEAL) Co-Signer's Signature ______ Address ______ Date

______ (SEAL) Co-Signer's Signature ______ Address ______ Date

**CO-OWNER'S SECURITY AGREEMENT:** You, the person signing below as "Co-Owner," together with the Buyer or otherwise being all of the Owners of the Vehicle, give us a security interest in the Vehicle identified above. You agree to be bound by the terms of the Security Agreement and all other parts of this Contract except the "Promise To Pay" section. You are giving us the security interest to induce us to make this Contract with the Buyer, and to secure the payment by the Buyer of all sums due on this Contract. You will not be responsible for any deficiency which might be due after repossession and sale of the Vehicle.

______ (SEAL) Co-Owner's Signature ______ Address ______ Date

**BUYER, CO-SIGNER AND CO-OWNER, IF APPLICABLE, ACKNOWLEDGE RECEIPT OF A COMPLETED COPY OF THIS CONTRACT AT THE TIME OF SIGNING, INCLUDING THE ADDITIONAL DISCLOSURES AND PAGES LISTED IN THE SECTION CALLED ADDITIONAL DISCLOSURES, TERMS AND CONDITIONS.**

Gail M. Royea (BUYER)  [signature] (BUYER)  ______ CO-SIGNER  ______ CO-SIGNER OR CO-OWNER

**No Cooling Off Period**
**State law does not provide for a "cooling off" or other cancellation period for this Contract. Therefore, you cannot later cancel this Contract simply because you change your mind or wish you had acquired a different item. After you sign above, you may only cancel this Contract for legally valid reasons.**

BANCONSUMER FORM PAS230CSLC-1 (7/04)  NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION.
WHITE - ORIGINAL TO M&T - CANARY - Buyer's Copy - PINK - Co-Signer's Copy - GOLDENROD - Seller's Copy

© 2004 BANCONSUMER SERVICE, INC.

## ADDITIONAL TERMS AND CONDITIONS

1. **Meaning of some words.** In this Contract, (a) "you" and "your" mean anyone signing this Contract other than the Seller, whether as a Buyer, Co-Signer or Co-Owner, (b) "M&T Credit Services, LLC" means M&T Credit Services, LLC, One Fountain Plaza, Buffalo, New York 14203, (c) "we," "us," "our" and "ours" initially mean the Seller but, after the Seller transfers its rights under this Contract, will mean anyone having those rights, and (d) "your property" means the "Vehicle" described at the beginning of this Contract, including all equipment, accessories, parts and tires that are or become part of it by being installed in or affixed to it and all proceeds.

2. **Purchase.** Everyone signing this Contract as a Buyer is buying from the Seller and acknowledges delivery in good condition, after examination and acceptance of the Vehicle described at the beginning of this Contract, and has chosen to buy it on credit rather than buying it for cash by paying the cash price (including services, service contracts and sales taxes) shown in the "Itemization of Amount Financed."

3. **Basis of Disclosures.** The amounts disclosed on the front for the Finance Charge, *Payment Schedule and related disclosures were based* on the assumption that you will pay all payments on their due dates. Late payment could cause the Finance Charge amount to increase.

4. **Disclaimer of warranties.** Unless the Seller gives a written warranty concerning your property or unless you and the Seller enter into a written service contract concerning your property, the Seller (a) makes no warranty concerning your property or any other matter, except that the motor vehicle described at the beginning of this Contract is that being bought under this Contract, and (b) specifically, makes **NO WARRANTY OF MERCHANTABILITY CONCERNING YOUR PROPERTY AND NO WARRANTY THAT YOUR PROPERTY IS FIT FOR A PARTICULAR PURPOSE, UNLESS WE HAVE GIVEN YOU A SEPARATE WRITTEN WARRANTY OR UNLESS SELLER ENTERS INTO A SERVICE CONTRACT WITH BUYER WITHIN 90 DAYS FROM THE DATE OF THIS CONTRACT.**

5. **Obtaining insurance.** You can obtain any insurance required by us in connection with your property from or through the person of your choice, but it must be provided by a company acceptable to us. We will be reasonable in deciding whether the insurance company is acceptable to us.

6. **Window sticker.** If your Vehicle is not a motorcycle and is described at the beginning of this Contract as used, the following notice applies to this Contract:

**The information you see on the window form for this Vehicle is part of this Contract. Information on the window form overrides any contrary provisions in the Contract of Sale.**

7. **Property insurance.** In connection with this Contract you may be required to keep your property fully covered against substantial risk of damage, destruction or theft. If you obtain such required property insurance through the Seller or M&T Credit Services, LLC, it will cost the amount shown in the "Itemization of Amount Financed." If you do not obtain it through the Seller or M&T Credit Services, LLC, it must be provided under a policy acceptable to us, and you must provide us with proof of it, acceptable to us.

8. **Late Charges.** If any portion of any installment payable under this Contract is overdue for more than 10 days, you must pay a late charge of 2% per month on the unpaid amount of the installment. Such a late charge may be imposed only one time for each late payment.

9. **Summary Notice regarding prepayment and reinstatement.** You have the right to prepay *this Contract* in whole or in part at any time without penalty. If your property has been repossessed, you may have the right under the law to receive back your property. *These rights* are further explained in Section 20 of this Contract.

10. **Additional information.** You should refer to the rest of this Contract for additional information about nonpayment, default, our right to declare all amounts payable under this Contract but not yet paid immediately due, prepayment refunds and penalties.

11. **Prepayment.** If you prepay this Contract in full, you will not have to pay a penalty.

12. **Financing statements.** Whenever and wherever we think it necessary, we can file a financing statement signed only by us and describing our security interest in your property. When we notify you to do so, you must immediately pay us any tax, fee or charge we pay for filing the financing statement.

13. **Additional promises.** Until all amounts payable under this Contract are paid, you must (a) keep your property in good condition, (b) promptly pay any tax, fee or charge on the purchase, ownership or use of your property, (c) sign any document we believe necessary to protect our security interest in your property, (d) have our security interest in your property shown on any certificate of title issued for it, (e) allow us to inspect your property at any time, (f) immediately notify us in writing if your property is lost, stolen, damaged or destroyed, (g) not sell, trade, lease, rent, give away, abandon or in any other way dispose of your property without first obtaining our consent in writing, (h) not use your property, or allow it to be used, illegally or in any way that might result in any insurance on it not being paid and (i) not allow anyone other than you or us to have any claim to your property or to be named on any certificate of title issued for it.

14. **Risk of loss.** You will be bound by this Contract even if your property is lost, stolen, damaged or destroyed.

15. **Property Insurance.** In addition to keeping your property covered by the motor vehicle insurance required by Section 7, you must keep it fully covered by insurance against substantial risk of damage, destruction or theft until all amounts payable under this Contract are paid. Without limiting the preceding sentence, you must keep it fully covered by comprehensive and collision insurance. The insurance must be provided under a policy acceptable to us. Without limiting the preceding sentence, the insurance (a) cannot be subject to a deductible amount greater than $500.00, (b) cannot be canceled by the company providing it without the company first giving us at least 10 days notice in writing and (c) must be payable to us to the extent needed to pay all amounts payable under this Contract but not yet paid, even if it is your fault that your property is lost, stolen, damaged or destroyed. You must provide us with proof of the insurance acceptable to us. In the event of any loss or damage to your property, you will immediately notify us in writing and file a proof of loss with the insurance company.

(a) Our Right to File Proof of Loss: In the event of any loss or damage to the Vehicle, if you fail or refuse to file a claim or proof of loss with the insurance company, you agree that the Seller, Assignee, any subsequent assignee, or any authorized employee of any of them ("we") may file a proof of loss with the insurance company, in your name and acting as your agent, with respect to the insured claim. You agree that you do not have the right to, and will not, revoke the power you have given us to file a proof of loss. You agree that we may exercise this power for our benefit and not for your benefit, except as provided in this Contract and by law.

(b) Our Right to Endorse Insurance Checks: You agree that the Seller, Assignee, any subsequent assignee, or an authorized employee of any of them ("we") may endorse your name, acting as your agent, to any check, draft or other instrument we receive in payment of an insured loss or return of insurance premiums. You agree that you do not have the right to, and will not, revoke the power you have given us to make your endorsement. You agree that we may exercise this power for our benefit and not for your benefit, except as provided in this Contract and by law.

(c) Use of Proceeds: We may apply any insurance proceeds we receive to repair or replace the Vehicle if, in our opinion, it is economically feasible and you are not then in default of this Contract. Otherwise, we will apply the insurance proceeds to reduce the unpaid balance due us. After the balance due us is paid, any excess will belong to you.

16. **Our maintenance of insurance.** We can, but we will not have to, maintain any insurance required by this Contract in connection with your property if you do not maintain it. If we decide to maintain any such insurance it may be written in the amount that you then owe us under this Contract. Such insurance may not satisfy your obligations under state financial responsibility laws and may not provide coverage against bodily injury or property damage liability. The premiums for such insurance may be higher than the premiums for insurance *that you could obtain on your own.* You must pay us any amount we pay for the insurance and Finance Charge on the portion of that amount not yet paid by you as though that portion were an amount on which Finance Charge was payable under this Contract. We will send you a notice that you have the option of (a) paying that amount and the Finance Charge within 10 days after the date we send you the notice, (b) paying that amount and the Finance Charge in monthly installments each of which, or each of which except the last, will be equal in amount, the last of which, if not equal in amount to the others, will be of a smaller amount and the number of which will be equal to the number of installments that are to become due under the Payment Schedule after the date we send you the notice or (c) paying that amount and the Finance Charge in any other way we offer. If you do not pay that amount and the Finance Charge as provided in (a) of the preceding sentence, you must pay them as provided in (b) or (c) of that sentence.

17. **Service contracts.** In the event that you are entitled to make any claim under any service contract applicable to your property, you will immediately notify us in writing and file a claim with the service company. We may file such a claim on your behalf if you fail or refuse to do so. We may endorse your name to any check, draft or other instrument we receive in payment of any claim under a service contract applicable to your property or for refund of any unearned charge or premium.

18. **Default.** The occurrence of any of the following events is a Default under this Contract: (a) any amount payable under this Contract or any other indebtedness from you to us existing now or coming into existence in the future, is not paid by the date it becomes due, even though a late charge would not be imposed until later, (b) you violate any provision of this Contract or of any other agreement with us existing now or coming into existence in the future, (c) any Default occurs for purposes of any other agreement between you and us existing now or coming into existence in the future, (d) you die or become incompetent or insolvent, (e) any proceeding under any bankruptcy law is started by or against you, (f) anyone starts any legal proceeding to take your property or any other property belonging to you now or acquired by you in the future to pay any indebtedness existing now or coming into existence in the future, (g) any tax or other involuntary lien is filed against your property or any other property belonging to you now or acquired by you in the future, (h) your property is lost, stolen or destroyed or suffers substantial damage or a substantial decline in value, or (i) we discover that in this Contract, any other agreement with us existing now or coming into existence in the future or any application you have made or make to us for credit you made any false or misleading statement about an important matter.

19. **Our Rights if you are in Default of this Contract.** If you are in Default of this Contract, we may enforce our rights according to law. We may also do the things specifically mentioned in this Contract. We may do one of these things and at the same time or later do another. Some of the things we may do are the following:

a. Acceleration: We can demand that you pay to us the entire unpaid balance owing on this Contract and all unpaid Finance Charges and other money due. You agree that you will pay this money to us in one single payment immediately upon receiving our demand.

b. Repossession: We can repossess the Vehicle, unless prohibited by law. We can do this ourselves, have a qualified person do it for us, or have a government official (by replevin) do it for us. You agree that we can peaceably come on to your property to do this. We may take any other things found in the Vehicle, but will return these things to you if you ask. If you want these things back, you may reclaim them within thirty (30) days of our mailing you a Notice of Repossession. If you do not reclaim the things found in the Vehicle within that time, we may dispose of these things in the same manner as the Motor Vehicle. You agree that we may use your license plates in repossessing the Vehicle and taking it to a place for storage.

c. Voluntary Delivery: We can ask you to give us the Vehicle at a reasonably convenient place. You agree to give us the Vehicle if we ask.

d. Delay in Enforcement: We can delay enforcing our rights under this Contract without losing any rights.

20. **Some things you should know if we repossess the Vehicle.** If we repossess without using a government official (by replevin):

a. Notice: We will send you a Notice of Repossession to your last address we know about. This Notice will tell you how to buy back (redeem) the Vehicle. You will NOT have the right to reinstate this Contract. This means you will have to pay the total balance on this Contract and other amounts due. You may not get the Vehicle back by paying delinquent installments. This Notice will tell you other information required by law.

b. Redemption: You have the right to buy back (redeem) the Vehicle within 15 days of the mailing of the Notice and at any later time before we sell the Vehicle. If you redeem the Vehicle, we will deliver the Vehicle to you at a place as provided by law, as soon as is reasonably possible, but in not more than ten (10) business days of our receipt of the funds required. If you do not redeem, you give up all claim to the Vehicle.

c. Sale: If you don't redeem, we will sell the Vehicle. The money received at sale will be used to pay costs and expenses you owe, and then to pay the amount you owe on this Contract.

d. Surplus or Deficiency: If there is money left, we will pay it to the Buyer. If there is not enough money from the sale to pay what *you owe, Buyer and Co-Signer agree* to pay what is still owed to us.

e. Expenses: You agree to pay the costs of repossessing, storing, repairing, preparing for sale and selling the Vehicle as may be allowed by law. These costs will only be due if:

1. Default exceeds fifteen (15) days at the time of repossession;
2. The amount of costs are actual, necessary and reasonable; and
3. We can prove the costs were paid.

21. **Collection costs.** If we hire an attorney who is not a salaried employee of ours to bring a lawsuit to collect any amount payable under this Contract but not yet paid, you must pay us reasonable attorneys' fees and all court costs we pay for the lawsuit, as permitted by applicable law. The attorneys' fee will be 15% of the amount payable under this Contract unless a court sets a smaller fee.

22. **Notices and change of address.** Any notice we send you concerning this Contract or your property will be sent to your current mailing address shown in our records concerning this Contract. We can send it by regular mail. Any notice you send or deliver to us concerning this Contract must be in writing and be sent or delivered to M&T Credit Services, LLC, Installment Loan Operations, One Fountain Plaza, P.O. Box 4005, Buffalo, New York 14240, or to any other address we specify. If your address or any address where your property will be kept changes before all amounts payable under this Contract are paid, you must promptly notify us in writing of the new address.

23. **If 2 or more persons sign this Contract as Buyer, Co-Signer or Co-Owner.** If 2 or more persons sign this Contract as a Buyer, Co-Signer or Co-Owner, all of them will be, individually and together, liable under it, except that the Co-Owner will not be bound by the "Promise to Pay" section. Except to the extent required by applicable law, we can send or deliver any notice concerning it to any of them signing it as a Buyer, and the notice will be effective for all of them.

24. **Guarantee.** Anyone signing this Contract as a Co-Signer, unconditionally guarantees and becomes surety for the payment of all amounts payable under it and will be bound by all its provisions.

25. **Giving up of rights by you.** To the extent permitted by applicable law, you give up any right to require that we (a) demand that you pay any amount payable under this Contract, (b) notify you if any amount payable under this Contract is not paid by the date it becomes due or (c) obtain a certificate stating that any amount payable under this Contract was not paid by the date it became due.

26. **No notice or loss of rights.** We can exercise any right against any person or property without losing any right against you, your property or any other property belonging to you now or acquired by you in the future. To the extent permitted by applicable law, we can exercise the right without notifying you except as provided in Section 20, with respect to notices of sale, repossession and redemption. We can do any of the following without notifying you or losing any right against you, your property or any other property belonging to you now or acquired by you in the future: (a) accept any check or other order marked "paid in full" or with similar language as a payment under this Contract, (b) give additional time for the payment of any amount payable under this Contract, regardless of the number of times we previously did so and regardless of the length of any additional time we previously gave, (c) give up, fail to exercise or delay exercising any right against any person or property, (d) fail to protect any interest in any property, whether by failing to maintain any insurance, by failing to file any financing statement, by failing to be named on any certificate of title or in any other way, or (e) change any provision of this Contract if anyone signing this Contract as a Buyer agrees. For example, M&T Credit Services, LLC can sue you under this Contract whether or not it (a) sues anyone else, (b) repossesses and sells your property, or (c) uses any money that has been or is deposited with it by you or anyone else to pay any amount payable under this Contract, but not yet paid.

27. **Changes and giving up of rights by us.** No change in this Contract can be made except in a writing signed by us. We can correct any obvious error in our copy of this Contract. No right against you, your property or any other property belonging to you now or acquired by you in the future can be given up by us except in a writing signed by us.

28. **Claim for failure to obtain insurance.** If any amount is paid under this Contract for any insurance and the insurance is not obtained for any reason, your only claim will be for a refund of that amount.

29. **Entire agreement.** This Contract is the final and complete agreement between you and the Seller concerning your property and the credit transaction covered by this Contract. Any statement concerning your property made by the Seller or any employee of the Seller is not a warranty and is not part of this Contract. Also, any statement concerning the credit transaction made by the Seller or any employee of the Seller is not part of this Contract.

30. **Conflicts.** If any part of this Contract conflicts with applicable law, the law will control, and this Contract will be considered changed to the extent necessary to comply with it.

31. **Continued effectiveness.** If any part of this Contract is determined by a court to be invalid, the rest will remain in effect.

32. **What law applies.** Any legal question concerning this Contract will be decided in accordance with the law of the Commonwealth of Pennsylvania and, to the extent applicable, federal law.

### NOTICE

**ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

**NOTICE OF PROPOSED CREDIT INSURANCE**

The signer(s) of this Contract hereby take(s) notice that Group Credit Life Insurance coverage or Group Credit Accident and Disability Insurance coverage will be applicable to this Contract if so marked on the front of this Contract, and each such type of coverage will be written by the insurance company named. This insurance, subject to acceptance by the insurer, covers only the person or persons signing the request for such insurance. The amount of charge is indicated for each type of Credit Insurance to be purchased. The term of insurance will commence as of the date the indebtedness is incurred and will expire on the original scheduled maturity date of the indebtedness. Subject to acceptance by the insurer and within 30 days, there will be delivered to the insured debtor(s) a certificate of insurance more fully describing the insurance. In the event of prepayment of the indebtedness, a refund of insurance charges will be made when due.

**THE PROVISION BELOW IS NOT PART OF THE PENNSYLVANIA MOTOR VEHICLE INSTALLMENT SALE CONTRACT BETWEEN THE BUYER AND SELLER.**

**ASSIGNMENT**

The Seller agrees to be bound by all provisions of this Contract. Also, for value received and intending to be legally bound hereby, the Seller (a) assigns this Contract to M & T Credit Corporation pursuant to and subject to all terms and conditions of the dealer agreement currently in effect between the Seller and M & T Credit Corporation and (b) makes with respect to this Contract all warranties and representations set forth in such dealer agreement.

Name of Seller: JACK GIAMBALVO MOTOR CO., INC. [illegible]

Signature and title of person signing for Seller: [signature]

Date: 11-03-07

BANCONSUMER FORM PA5730CSLC-1 (Rev. 1/04)

1-4002792 1060

# COMMONWEALTH OF PENNSYLVANIA

## CERTIFICATE OF TITLE FOR A VEHICLE

L,313

0734634000000069-001

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE OF VEHICLE | TITLE NUMBER |
|---|---|---|---|
| KM8JN72D67U572686 | 2007 | HYUNDAI | 65379228502 R0 |

| BODY TYPE | DUP | SEAT CAP | PRIOR TITLE STATE | ODOM. PROOD. DATE | ODOM. MILES | ODOM STATUS |
|---|---|---|---|---|---|---|
| SW | 0 | | GA | 12/12/07 | 012317 | 0 |

| DATE PA TITLED | DATE OF ISSUE | UNLADEN WEIGHT | GVWR | GCWR | TITLE BRANDS |
|---|---|---|---|---|---|
| 11/26/07 | 12/12/07 | | | | |

ODOMETER STATUS
0 = ACTUAL MILEAGE
1 = MILEAGE EXCEEDS THE MECHANICAL LIMITS
2 = NOT THE ACTUAL MILEAGE
3 = NOT THE ACTUAL MILEAGE-ODOMETER TAMPERING VERIFIED
4 = EXEMPT FROM ODOMETER DISCLOSURE

TITLE BRANDS
A = ANTIQUE VEHICLE
C = CLASSIC VEHICLE
D = COLLECTIBLE VEHICLE
F = OUT OF COUNTRY
G = ORIGINALLY MFGD FOR NON-U.S DISTRIBUTION
H = AGRICULTURAL VEHICLE
L = LOGGING VEHICLE
P = IS/WAS A POLICE VEHICLE
R = RECONSTRUCTED
S = STREET ROD
T = RECOVERED THEFT VEHICLE
V = VEHICLE CONTAINS REISSUED VIN
W = FLOOD VEHICLE
X = IS/WAS A TAXI

REGISTERED OWNER(S)

GAIL M ROYEA & WARREN
ALFRED ROYEA SR
1640 BLUE JAY DR
DOVER PA 17315

Commonwealth of Pennsylvania Department of Transportation

FIRST LIEN FAVOR OF

LONG BEACH ACCEPTANCE
CORP

SECOND LIEN FAVOR OF

If a second lienholder is listed upon satisfaction of the first lien, the first lienholder must forward this Title to the Bureau of Motor Vehicles with the appropriate form and fee.

FIRST LIEN RELEASED ________ DATE

BY ________ AUTHORIZED REPRESENTATIVE

SECOND LIEN RELEASED ________ DATE

BY ________ AUTHORIZED REPRESENTATIVE

MAILING ADDRESS

LONG BEACH ACCEPTANCE
CORP
PO BOX 909
PARAMUS NJ 07653

I certify as of the date of issue, the official records of the Pennsylvania Department of Transportation reflect that the person(s) or company named herein is the lawful owner of the said vehicle.

ALLEN D BIEHLER
Secretary of Transportation

DO NOT ACCEPT DOCUMENT WITHOUT VERIFYING THE PRESENCE OF THE LIBERTY BELL WATERMARK

## D. APPLICATION FOR TITLE AND LIEN INFORMATION-

TO BE COMPLETED BY PURCHASER WHEN VEHICLE IS SOLD AND THE APPROPRIATE SECTIONS ON THE REVERSE SIDE OF THIS DOCUMENT ARE COMPLETED

SUBSCRIBED AND SWORN TO BEFORE ME: MO. DAY YEAR

SIGNATURE OF PERSON ADMINISTERING OATH

SEAL

The undersigned hereby makes application for Certificate of Title to the vehicle described above subject to the encumbrances and other legal claims set forth here.

SIGNATURE OF APPLICANT OR AUTHORIZED SIGNER

SIGNATURE OF CO-APPLICANT/TITLE OF AUTHORIZED SIGNER

If a co-purchaser other than your spouse is listed and you want the title to be listed as "Joint Tenants With Right of Survivorship" (On death of one owner, title goes to surviving owner.) CHECK HERE ☐. Otherwise, the title will be issued as "Tenants in Common" (On death of one owner, interest of deceased owner goes to his/her heirs or estate).

1ST LIEN DATE: → IF NO LIEN, CHECK ☐

1ST LIENHOLDER

STREET

CITY STATE ZIP

IF THIS IS AN ELT, CHECK HERE ☐ NOTE: FIN REQUIRED | FINANCIAL INSTITUTION NO.

2ND LIEN DATE: → IF NO LIEN, CHECK ☐

2ND LIENHOLDER

STREET

CITY STATE ZIP

IF THIS IS AN ELT, CHECK HERE ☐ NOTE: FIN REQUIRED | FINANCIAL INSTITUTION NO.

STORE IN A SAFE PLACE - IF LOST APPLY FOR A DUPLICATE · ANY ALTERATION OR ERASURE VOIDS THIS TITLE

37035912