UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

BANKRUPTCY NO. 08-02603-MDF

WARREN A. ROYEA, SR. and
GAIL M. ROYEA AKA GAIL M. MORITZ,

            Debtors          CHAPTER NO. 13

AMERICREDIT FINANCIAL SERVICES,
INC., AS SUCCESSOR IN INTEREST TO
LONG BEACH ACCEPTANCE
CORPORATION,

            Movant
  v.

WARREN A. ROYEA, SR. and
GAIL M. ROYEA AKA GAIL M. MORITZ,

            Respondents

**CERTIFICATE OF NON CONCURRENCE**

BRIAN E. CAINE, hereby certifies, under penalties of perjury that:

1. I am an attorney duly admitted to practice in the Commonwealth of Pennsylvania and make this Certificate on behalf of our client, AmeriCredit Financial Services, Inc., as successor in interest to Long Beach Acceptance Corporation.

2. Debtors' counsel has not concurred with the relief sought in the Motion filed on behalf of AmeriCredit Financial Services, Inc..

3. The Chapter 13 Trustee has not concurred with the relief sought in the Motion filed on behalf of AmeriCredit Financial Services, Inc.

4. Based on the non concurrence of the parties, AmeriCredit Financial Services, Inc. requests that the Clerk of the Court send a Standing Order to allow for service of the Motion upon the appropriate parties.

Dated: November 6, 2008
      Marlton, New Jersey

                              AMERICREDIT FINANCIAL SERVICES, INC.,
                              AS SUCCESSOR IN INTEREST TO LONG
                              BEACH ACCEPTANCE CORPORATION,
                              By its Counsel

                              /s/ Brian E. Caine
                              Brian E. Caine, Esq.
                              Attorney ID # 86057
                              DEILY, MOONEY & GLASTETTER, LLP
                              One Greentree Centre, Suite 201
                              Marlton, NJ 08053
                              Tel. (856) 988-5555

08.06118