UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

BANKRUPTCY NO. 08-02603-MDF

WARREN A. ROYEA, SR. and
GAIL M. ROYEA AKA GAIL M. MORITZ,

CHAPTER NO. 13

Debtors.

AMERICREDIT FINANCIAL SERVICES,
INC., AS SUCCESSOR IN INTEREST TO
LONG BEACH ACCEPTANCE
CORPORATION,

Movant

v.

WARREN A. ROYEA, SR. and
GAIL M. ROYEA AKA GAIL M. MORITZ,

Respondents

**ORDER GRANTING AMERICREDIT FINANCIAL SERVICES, INC., AS SUCCESSOR IN INTEREST TO LONG BEACH ACCEPTANCE CORPORATION RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. SECTION 362(d)(1)**

Creditor, AmeriCredit Financial Services, Inc., as successor in interest to Long Beach Acceptance Corporation, having moved for an Order, pursuant to 11 U.S.C. Section 362(d)(1), authorizing relief from automatic stay, or the granting of adequate protection herein,

UPON reading and filing the Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. Section 362(d)(1), dated November 3, 2008, together with the exhibits annexed thereto and due proof of service thereof, and upon all pleadings and proceedings heretofore had herein, and no opposition having been interposed, and due deliberation having been had thereon and good and sufficient cause appearing

NOW, on motion of AmeriCredit Financial Services, Inc., as successor in interest to Long Beach Acceptance Corporation, by its counsel, Deily, Mooney & Glastetter, LLP, it is hereby

ORDERED, that pursuant to 11 U.S.C. Section 362(d)(1) the Motion of creditor, AmeriCredit Financial Services, Inc., as successor in interest to Long Beach Acceptance Corporation, for Relief from Automatic Stay be, and the same hereby is, granted; and it is further

ORDERED, that the automatic stay instituted upon the filing of the petition for an Order for relief by the debtors, above-named, be, and the same hereby is, terminated in that it shall not apply to any action by creditor, AmeriCredit Financial Services, Inc., as successor in interest to Long Beach Acceptance Corporation, pursuant to applicable state law, to obtain possession and dispose of its collateral in accordance with applicable law; namely, one (1) 2007 Hyundai Tucson (V.I.N. KM8JN72D67U572686); and it is further

ORDERED, that all surplus monies, if any, obtained by AmeriCredit Financial Services, Inc., as successor in interest to Long Beach Acceptance Corporation after liquidation of the collateral and satisfaction of its lien, shall be remitted to the Trustee.