IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>**WARREN A. ROYEA, SR.**<br>**GAIL M. ROYEA**<br>**AKA GAIL M. MORITZ**<br>                         Debtor(s)<br>**AMERICREDIT FINANCIAL SERVICES, INC**<br>**AS SUCCESSOR IN INTEREST TO LONG**<br>**BEACH ACCEPTANCE CORPORATION**<br>                         Movant(s)<br>                         vs.<br>**WARREN A. ROYEA, SR.**<br>**GAIL M. ROYEA**<br>**AKA GAIL M. MORITZ**<br>                         Respondent(s) | Chapter: **13**<br>Case Number: **1-08-bk-02603**<br>Document No.: **44**<br>Description of Motion(s): **Relief from Stay** |

## ORDER SETTING ANSWER DATE AND HEARING

      Unless earlier served through CM/ECF, IT IS ORDERED that service of this Order and the above-referenced Motion shall be made on the debtor, debtor's counsel, trustee and in Chapter 11 cases upon the U.S. Trustee and the individuals identified in F.R.B.P. 4001(a)(1) and L.B.R. 4001-6 by the moving party and certification of service filed with this Court within five (5) days from the date hereof.

      IT IS FURTHER ORDERED that responses to such Motion must be served upon the moving party and a copy filed with this Court, within fifteen (15) days from the date of this Order. If no Response is filed, relief may be granted. If responses are filed, a final hearing on said Motion and Responses will be held:

      **DATE:** December 2, 2008       **PLACE:** Bankruptcy Courtroom, Third Floor
      **TIME:** 9:30 a.m.                                  The Ronald Reagan Federal Building
                                                                 Third and Walnut Streets
                                                                 Harrisburg, Pennsylvania

By the Court,

*Mary D. France*
Bankruptcy Judge   (AG)

*This document is electronically signed and filed on the same date.*

Date: November 7, 2008

---

**Initial requests for a continuance of hearing or telephone conference ( L.B.F. 9013-4, Request to Continue Hearing/Trial with Concurrence) or requests for a telephone conference shall be filed with the Court. Requests received by the Court within twenty-four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.**

**Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.**

**Photo identification is required upon entering.**

IN RE:

WARREN A. ROYEA, SR.
GAIL M. ROYEA
AKA GAIL M. MORITZ

Chapter: 13

Case Number: 1-08-bk-02603

DEBTOR(S)

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on _____, I served a copy of _____ on the following parties in this matter:

| Name and Address | Mode of Service |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

I certify under penalty of perjury that the foregoing is true and correct.

Date: _____

Name: s/_____
*Printed Name of Attorney*

Address: _____
_____