Brian E. Caine, Esq. - ID # 86057
DEILY, MOONEY & GLASTETTER, LLP
One Greentree Centre, Suite 201
Marlton, NJ 08053
Tel. (856) 988-5555
Attorneys for Creditor, AmeriCredit Financial Services, Inc.,
as successor in interest to Long Beach Acceptance Corporation


UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

                                  BANKRUPTCY NO. 08-02603-MDF

WARREN A. ROYEA, SR. and
GAIL M. ROYEA AKA GAIL M. MORITZ,


                                  CHAPTER NO. 13

          Debtors.

                                  DOCUMENT NO. 44

AMERICREDIT FINANCIAL SERVICES,
INC., AS SUCCESSOR IN INTEREST TO
LONG BEACH ACCEPTANCE
CORPORATION,

          Movant

    v.

WARREN A. ROYEA, SR. and
GAIL M. ROYEA AKA GAIL M. MORITZ,


* * * * * * *

## CERTIFICATE OF SERVICE

    I, Terri A. Spizowski, certify that I am not less than eighteen (18) years of age; that service of
the Order Setting Date Certain for Response and Hearing on Motion and Motion for Relief from
Automatic Stay Pursuant to 11 U.S.C. Section 362(d)(1) and Certificate of Non Concurrence was made
on November 12, 2008.

**Mail Service:** Regular, first-class United States mail, postage fully pre-paid, addressed to:

    Warren A. Royea, Sr. and
    Gail M. Royea aka Gail M. Moritz
    1640 Blue Jay Drive
    Dover, PA  17315

**E-Mail Service:** via the court's CM/ECF system which sent notification of such filing to the following:

Charles J. DeHart, III, Esq. (Trustee)        Keith B. DeArmond, Esq.
8125 Adams Drive, Suite A        Attorney for Debtor
Hummelstown, PA  17036        11 East Market Street
        York, PA  17401

/s/ Terri A. Spizowski____
Terri A. Spizowski

08.06118