UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| WARREN A. ROYEA, SR. ) | |
| GAIL M. ROYEA ) | Case No.: 1:08-bk-02603 (MDF) |
| AKA GAIL M. MORITZ ) | |
| **Debtor(s)** ) | Chapter 13 |
| ) | |
| WELLS FARGO AUTO FINANCE ) | Docket No. |
| **Movant** ) | |
| vs. ) | 11 U.S.C. 362 |
| ) | |
| WARREN A. ROYEA, SR. ) | 11 U.S.C. 1301 |
| GAIL M. ROYEA ) | |
| CRYSTAL D. ROYEA - CO DEBTOR ) | |
| **Respondent(s)** ) | |
| ) | |
| CHARLES J. DEHART, III ) | |
| **Trustee** ) | |

## ORDER VACATING THE AUTOMATIC STAY AND CO-DEBTOR STAY AS TO PERSONAL PROPERTY

Upon the motion of Wells Fargo Auto Finance, under Bankruptcy Code §362(d) and §1301 for relief from the automatic stay and co-debtor stay as to certain personal property as hereinafter set forth and for good cause shown;

**ORDERED** that the automatic stay of the Bankruptcy Code §362(a) and co-debtor stay of §1301 are vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2003 Hyundai Accent** bearing vehicle identification number KMHCG45C23U478304 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

By the Court,

_Mary D. France_
Bankruptcy Judge          (JDK)

*This document is electronically signed and filed on the same date.*

Dated: November 14, 2008