IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Warren A. Royea, Sr. | : | Chapter 13 |
| Gail M. Royea a/k/a Gail M. Moritz | : | |
| Debtors | : | |
| | : | |
| | : | Bankruptcy Case: 1:05-09714 MDF |
| AmeriCredit Financial Services, Inc. as | : | |
| as Successor in Interest to Long Beach | : | |
| Acceptance Corporation | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| Warren A. Royea, Sr. | : | |
| Gail M. Royea a/k/a Gail M. Moritz | : | |
| Respondent | : | |

CERTIFICATE OF SERVICE

    I hereby certify that on November 21, 2008, I electronically filed the foregoing Answers to Motion for Relief from the Automatic Stay with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the following Filing Users:

Charles J. DeHart, III (Trustee)

Brian E. Caine, Esquire

    and I hereby certify that on November 21, 2008, a true and correct copy of the Answers to Motion for Relief from the Automatic Stay was served by first class mail, postage prepaid on the persons at the following address:

Mr. & Mrs. Warren A. Royea
1640 Blue Jay Drive
Dover, PA 17315

                                      **DeArmond & Associates**

                                      BY: **/s/ Bernadette A. Smith**
                                            Bernadette A. Smith
                                            11 E. Market Street, 3rd Floor
                                            York, PA 17401
                                            (717) 846-3200