IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Warren A. Royea, Sr. | : | Chapter 13 |
| Gail M. Royea a/k/a Gail M. Moritz | : | |
|     Debtors | : | |
| | : | |
| | : | Bankruptcy Case: 1:08-02603 |
| AmeriCredit Financial Services, Inc. as | : | |
| as Successor in Interest to Long Beach | : | |
| Acceptance Corporation | : | |
|     Movant | : | |
| | : | |
|     vs. | : | |
| | : | |
| Warren A. Royea, Sr. | : | |
| Gail M. Royea a/k/a Gail M. Moritz | : | |
|     Respondent | : | |

## ANSWERS TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. a.    Debtors are without sufficient knowledge to form a belief as to the truth of the averments contained in Paragraph 6a and therefore deny same.

    b.    Admitted.  By way of further answer, Debtors would like to enter into a (6) six month stipulation with Movant to resolve the arrears.  (Debtors have tendered the November payment directly to Movant).

7. Admitted.

8. Admitted.

9. No response required.

10. No response required.

11. a.    Admitted.  See response to paragraph 6b.

    b.    No response required.

    c.    Admitted.

    d.    Denied.

12. No response required.

13. No response required.

14. No response required.

15. Admitted.

WHEREFORE, Respondents request that Movant's Motion be denied.

    Respectfully submitted,
    **DeArmond & Associates**

Date: <u>November 21, 2008</u>    BY:    <u>***/s/ Keith B. DeArmond***</u>
    Keith B. DeArmond, Esquire
    11 E. Market Street, 3rd Floor
    York, PA 17401
    (717) 846-3200
    Attorney I.D. #58878