## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:            :

Warren A. Royea, Sr.            :      Chapter 13

Gail M. Royea a/k/a Gail M. Moritz      :

         Debtors          :

           :

           :      Bankruptcy Case: 1:08-02603

AmeriCredit Financial Services, Inc. as      :

as Successor in Interest to Long Beach      :

Acceptance Corporation          :

         Movant          :

           :

     vs.            :

           :

Warren A. Royea, Sr.            :

Gail M. Royea a/k/a Gail M. Moritz      :

         Respondent      :

### CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2008, I electronically filed the foregoing Answers to Motion for Relief from the Automatic Stay with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the following Filing Users:

Charles J. DeHart, III (Trustee)

Brian E. Caine, Esquire

and I hereby certify that on November 21, 2008, a true and correct copy of the Answers to Motion for Relief from the Automatic Stay was served by first class mail, postage prepaid on the persons at the following address:

Mr. & Mrs. Warren A. Royea
1640 Blue Jay Drive
Dover, PA 17315

                    **DeArmond & Associates**

         BY:_**/s/ Bernadette A. Smith**_
               Bernadette A. Smith
               11 E. Market Street, 3rd Floor
               York, PA 17401
               (717) 846-3200