**LOCAL BANKRUPTCY FORM 9019-1**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Warren A. Royea, Sr. and Gail M. Royea | : | |
| | : | BANKRUPTCY NO. 08-02603-MDF |
| Debtor(s) | : | |
| | : | ADVERSARY NO. |
| AmeriCredit Financial Services, Inc. | : | |
| | : | |
| Plaintiff(s)/Movant(s) | : | Nature of Proceeding: Motion for |
| | : | Relief from Stay |
| vs. | : | December 2, 2008 – 9:30 a.m. |
| | : | |
| Warren A. Royea, Sr. and Gail M. Royea | : | Pleading:_____ |
| | : | |
| Defendant(s)/Respondent(s) | : | Document #: 44 |
| _____ | : | |

**REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST\***

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

√ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within thirty (30) days.

(2) If a stipulation is not filed or a hearing requested within thirty (30) days, it is understood that this proceeding will be dismissed without prejudice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: December 1, 2008      /s/Brian E. Caine               .
                             Brian E. Caine, Esq.
                             Deily, Mooney & Glastetter, LLP
                             Attorney for AmeriCredit Financial Services, Inc.

\*No alterations or interlineations of this document are permitted.
**Revised** 12/15/2004