UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Warren A. Royea, Sr.
Gail M. Royea
    Debtors

Case No.: 1:08-bk-2603 (182247)

Chapter 13

## DEBTORS' PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTIONS 1129(a)(14), 1225(a)(7), 1325(a)(8) AND (a)(9)

The below information is being supplied for compliance with the confirmation hearing date on _December 3, 2008_.

We, Warren A. Royea, Sr. and Gail M. Royea, upon our oath according to law, hereby certify as follows:

That all post-petition amounts that are required to be paid under any and all Domestic Support Obligations have been paid.

That all applicable Federal, State and Local tax returns, as required by 11 U.S.C. § 1308 have been filed.

If the confirmation hearing date stated in Paragraph 1 is adjourned for any reason, that an updated Certification will be filed with the court prior to any subsequent confirmation hearing date in the event any of the information contained in this Certification changes.

If this Certification is being signed by counsel for the Debtor, that the Debtor was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: _12/1/08_    By: _[signature]_
                            Warren A. Royea, Sr., Debtor

Dated: _12/1/08_    By: _[signature]_
                            Gail M. Royea, Joint Debtor