UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

WARREN A. ROYEA, SR. and
GAIL M. ROYEA AKA GAIL M. MORITZ,

Bankruptcy No. 08-02603-MDF

Debtors.

(Chapter 13)

AMERICREDIT FINANCIAL SERVICES, INC.,
AS SUCCESSOR IN INTEREST TO LONG
BEACH ACCEPTANCE CORPORATION,

Related to Document No. 44

Movant,

Hearing Date/Time: December 2, 2008 - 9:30 a.m.

-vs-

WARREN A. ROYEA, SR. and
GAIL M. ROYEA AKA GAIL M. MORITZ,

Respondents.

## ORDER APPROVING STIPULATION RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY

Upon consideration of the documents on record,

IT IS HEREBY ORDERED that the Stipulation Resolving Creditor's Motion for Relief from Automatic Stay regarding the above-referenced matter is hereby APPROVED.