UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:
WARREN A. ROYEA, SR. and
GAIL M. ROYEA AKA GAIL M. MORITZ,

    Debtors.

AMERICREDIT FINANCIAL SERVICES, INC.,
AS SUCCESSOR IN INTEREST TO LONG
BEACH ACCEPTANCE CORPORATION,

    Movant,

-vs-

WARREN A. ROYEA, SR. and
GAIL M. ROYEA AKA GAIL M. MORITZ,
    Respondents.

Bankruptcy No.1-08-bk-02603-MDF

Chapter 13

Related to Document No. 44

### ORDER APPROVING STIPULATION RESOLVING
### MOTION FOR RELIEF FROM AUTOMATIC STAY

Upon consideration of the documents on record,

IT IS HEREBY ORDERED that the Stipulation Resolving Creditor's Motion for Relief from Automatic Stay regarding the above-referenced matter is hereby APPROVED.

By the Court,

*Mary D. France*
Bankruptcy Judge    (JDK)

*This document is electronically signed and filed on the same date.*

Dated: December 23, 2008