UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

GAIL M. ROYEA, A/K/A/ GAIL M. MORITZ
AND
WARREN A. ROYEA, SR.,

        Debtors.

BANKRUPTCY NO. 08-02603-MDF

CHAPTER 13

AMERICREDIT FINANCIAL SERVICES, INC.,

        Movant

    v.

GAIL M. ROYEA, A/K/A/ GAIL M. MORITZ
AND
WARREN A. ROYEA, SR.,

        Respondents

**ORDER GRANTING RELIEF FROM AUTOMATIC
STAY PURSUANT TO 11 U.S.C. SECTION 362(d)(1)**

NOW, ON CERTIFICATION of AmeriCredit Financial Services, Inc., by its counsel, Deily, Mooney & Glastetter, LLP, it is hereby

ORDERED, that the automatic stay instituted upon the filing of the petition for an Order for relief by the debtors, above-named, be, and the same hereby is, terminated in that it shall not apply to any action by creditor, AmeriCredit Financial Services, Inc., to obtain possession and dispose of its collateral; namely, one (1) 2007 Hyundai Santa Fe (V.I.N. KM8JN72D67U572686); and it is further

ORDERED, that AmeriCredit Financial Services, Inc. shall provide notice of any surplus to the Trustee promptly after the collateral is disposed of.