DEILY, MOONEY & GLASTETTER, LLP
One Greentree Centre
10000 Lincoln Drive East - Suite 201
Marlton, New Jersey 08053
(856) 988-5555
Brian E. Caine, Esq. (BC 86057)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    GAIL M. ROYEA, A/K/A/ GAIL M.<br>    MORITZ AND<br>    WARREN A. ROYEA, SR.,<br><br>            Debtors. | Case No. 08-02603-MDF<br>(Chapter 13) |

## CERTIFICATE OF SERVICE

I, Jeanne Du Val, certify that I am not less than eighteen (18) years of age; that I filed with the Clerk of the Bankruptcy Court a Certification of Default on March 4, 2009.

**Mail Service:** Regular, first-class United States mail, postage full pre-paid, addressed to:

Gail M. Royea (Debtor)  
1640 Blue Jay Drive  
Dover, Pennsylvania 17315

Warren A. Royea, Sr. (Debtor)  
1640 Blue Jay Drive  
Dover, Pennsylvania 17315

**E-Mail Service:** via e-mail notification to the following:

Charles J. DeHart, III, Esq. (Trustee)  
8125 Adams Drive  
Suite A  
Hummelstown, Pennsylvania 17036

United States Trustee  
United States Bankruptcy Court  
228 Walnut Street, 11th Floor  
P.O. Box 969  
Harrisburg, Pennsylvania 17101

Keith B. DeArmond, Esq.  
Attorney for Debtors  
11 East Market Street  
York, Pennsylvania 17401

/s/ Jeanne Du Val  
Jeanne Du Val

B-ACFS.08.06118