**PENNSYLVANIA MOTOR VEHICLE INSTALLMENT SALE CONTRACT.**  Dated _____  Account # WR 1501

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all scheduled payments. | Total Sale Price The total cost of your purchase on credit, including your downpayment of $ 2398.94 |
|---|---|---|---|---|
| 19.9 % | $ 1562.59 | $ 7300.00 | $ 8862.59 | $ 11261.53 |

Your Payment Schedule will be:

| No. of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 104 | $ 85.22 | Weekly, Fridays |

Filing Fees: $ NA

Security: You are giving a security interest in the motor vehicle being purchased.
Prepayment: If you pay off early, you will not have to pay a penalty.

Late Charge: If a payment is late, you will be charged 2% of the portion of the payment which is late for each month, or part of a month greater than 10 days, that it remains unpaid.
See below and any other Contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date and prepayment refunds and penalties.
e means estimate

In this Contract, we are the SELLER: McNamara Auto Sales, 1775 Rodney Rd, York, PA 17408
You are the BUYER(S): Warren A. Royea, Sr., 1640 Blue Jay Dr, Dover, PA 17315
Gail M. Royea, 1640 Blue Jay Dr, Dover, PA 17315

If there is more than one Buyer, each promises, separately and together, to pay all sums due us and to perform all agreements in this Contract.

IF YOU DO NOT MEET YOUR CONTRACT OBLIGATIONS, YOU MAY LOSE THE MOTOR VEHICLE AND PROPERTY THAT YOU BOUGHT WITH THIS CONTRACT, AND/OR MONEY ON DEPOSIT WITH THE ASSIGNEE.

This Contract is between Seller and Buyer. All disclosures have been made by Seller. Seller intends to assign this Contract to the Assignee.

CASH PRICE ☐ INCLUDES /☒ DOES NOT INCLUDE OPTIONAL SERVICE CONTRACTS AND WARRANTIES IN THE AMOUNT OF $_____

**Itemization of Amount Financed**
- Cash Price: $ 8999.00
- Cash Downpayment: $ 2398.94
- Trade-In Value of Trade-In: $ ___
- Lien Payoff to: $ ___
- Unpaid Cash Price Balance: $ 6600.06
- To Credit Insurance Company: $ ___
- To Public Officials for: License, Tags and Registration $ 155.00
- Lien Fee: $ 5.00
- To Tax: $ ___
- To: $ ___
- To: $ ___
- To: $ ___

TRADE-IN: You have traded in the following vehicle: Year and Make / Description

PROPERTY INSURANCE: You may choose the person through whom insurance is obtained against loss or damage to the Vehicle and against liability arising out of use or ownership of the Vehicle. In this Contract, you are promising to insure the Vehicle and keep it insured.

CREDIT INSURANCE IS NOT REQUIRED: ...

By signing, you select Single Credit Life Insurance, which costs $ NA   What is your age? ___ Years
By signing, you select Single Credit Accident & Health Insurance, which costs $ NA   What is your age? ___ Years
By signing, you both select Joint Credit Life Insurance, which costs $ NA   What are your ages?
By signing, you both select Joint Credit Accident & Health Insurance, which costs $ NA   What are your ages? Percentage to be insured

Insurer: ___

VEHICLE: You have agreed to purchase, under the terms of this Contract, the following motor vehicle and its extra equipment, which is called the "Vehicle" in this Contract.

| N/U | Year and Make | Series | Body Style | No. Cyl. | Truck Ton Capacity | Serial Number |
|---|---|---|---|---|---|---|
| Used | 2003 Pontiac | Bonneville | Sdn | 3.8L V6 | | 1G2HX52K33411 8054 |

Equipped with: ✓ A.T. ✓ P.S. ✓ AM-FM Stereo ___ 5 Spd. Other CD, Cruise, tilt, ABS
✓ A.C. ✓ P.W. ___ AM-FM Tape ___ Vinyl Top

Amount Financed: $ 7300.00
Finance Charge: $ 1562.59
Total of Payments (Time Balance): $ 8862.59

Payment Schedule - You agree to pay to us the Amount Financed plus interest in 103 uninterrupted weekly payments of $ 85.22 each, and a final payment of $ 85.22. The first payment will be due on _____, and then payments will be due on that same day of each week following.

ASSIGNEE: We may assign this Contract and Security Agreement to a sales finance company which is the "Assignee." ...

CO-SIGNER: ...
CO-OWNER: ...
TERMS: The terms shown in the boxes above are part of this Contract.

PROMISE TO PAY: ...
SECURITY AGREEMENT: ...

YOU ARE OBLIGATED TO ALL THE TERMS OF THE CONTRACT WHICH APPEAR ON THE FRONT AND REVERSE SIDES.

By signing below, we agree to sell the Vehicle to you under the terms of this Contract

NOTICE TO BUYER—DO NOT SIGN THIS CONTRACT IF BLANK. YOU ARE ENTITLED TO AN EXACT COPY OF THE CONTRACT YOU SIGN. KEEP IT TO PROTECT YOUR LEGAL RIGHTS.

SELLER: McNamara Auto Sales
BY: _____  Date: ___
BUYER: _____ (SEAL) Date: ___
BUYER: _____ (SEAL) Date: ___

CO-SIGNER: YOU SHOULD READ THE NOTICE TO CO-SIGNER, WHICH HAS BEEN GIVEN TO YOU ON A SEPARATE DOCUMENT BEFORE SIGNING.