IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
    Warren A. Royea, Sr.     :    Bankruptcy No.: 1:08-02603
    Gail M. Royea     :
        Debtors     :    Chapter 13

## **ORDER**

Upon consideration of the Debtors' Motion to Incur Debt, it is hereby:

ORDERED that the Debtors, Warren A. Royea, Sr. and Gail M. Royea, are hereby granted authority to incur debt as follows: To borrow $7,300.00 from McNamara Auto Sales, to be repaid over 24 months outside of his Chapter 13 Plan, at a contract interest rate of 19.9%, in order to purchase a 2003 Pontiac Bonneville from McNamara Auto Sales.