IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
    Warren A. Royea, Sr.                       :         Bankruptcy No.: 1:08-02603
    Gail M. Royea                             :
        Debtors                         :         Chapter 13

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST**

      NOTICE IS HEREBY GIVEN that a Motion to Incur Debt was filed on April 6, 2009, in the United States Bankruptcy Court for the Middle District of Pennsylvania. Debtors seek to borrow $7,300.00 from McNamara Auto Sales to be repaid in weekly installments of $85.22 for 24 months at a contract interest rate of 19.9% in order to purchase a 2003 Pontiac Bonneville from McNamara Auto Sales. Objections to the Motion to Incur Debt shall be filed with the Clerk, United States Bankruptcy Court, Middle District of Pennsylvania, P.O. Box 908, Harrisburg, PA 17108, within **twenty (20) days** from the date of this Notice. All Objections shall conform to the Federal Rules of Bankruptcy Procedure and shall be served upon counsel for Debtors and upon the Chapter 13 Trustee.

      A hearing on objection(s) is scheduled for <u>May 11, 2009</u>, in the Bankruptcy Courtroom (3rd Floor), Ronald Reagan Federal Building, 3rd & Walnut Sts. Harrisburg, PA.

      If no objections are timely filed and served, the Court may enter an order granting the Motion to incur Debt.

      Copies of the documents filed in connection with this matter are available for inspection at the Clerk's Office located on the Third Floor of the Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

Date: _____                                 Attorney for Debtors:
                                                              Keith B. DeArmond, Esquire
                                                              DeArmond & Associates
                                                              11 East Market Street, 3rd Floor
                                                             York, PA 17401
                                                              (717) 846-3200