IN RE:                                 Case No. __1:08-bk-2603 (182247)__

__Royea, Warren A. Sr. & Royea, Gail M.__            Chapter __13__
            Debtor(s)

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the following document(s):
**Notice to Creditors of the Motion to Incur Debt**

was(were) mailed to all persons in interest at the addresses set forth in the exhibit which is attached hereto, by first class mail, postage prepaid, on this __8th__ day of __April__, __2009__.

                    **/s/ Keith B. DeArmond**
                    **Keith B. DeArmond 58878**
                    **DeArmond & Associates**
                    **11 East Market Street, Third Floor**
                    **York, PA 17401**
                    **(717) 846-3200 Fax: (717) 845-4100**
                    **service@dearmondlaw.com**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

American Education Services
1200 North 7th Street
Harrisburg, PA 17102

Americredit
P.O. Box 183853
Arlington, TX 76096

Barclay's Bank of Delaware
125 South West Street
Wilmington, DE 19801

Brian E. Caine
Daily Mooney And Glastetter LLP
One Greentree Centre, Suite 201
Marlton, NJ 08053-3105

Capital One
P.O. Box 30281
Salt Lake City, UT 84130

Charles J. DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036-8625

Chase
800 Brookside Boulevard
Westerville, OH 43081

Chase Auto Finance Corporation
14800 Frye Road
Fort Worth, TX 76155

Chase Bank USA, N.A
PO Box 15145
Wilmington, DE 19850-5145

Citi Bank
P.O. Box 499
Hanover, MD 21076

Crystal Royea

ECAST Settlement Corporation Assignee Of
HSBC Bank Nevada
PO Box 35480
Newark, NJ 07193-5480

ECAST Settlement Corporation Assignee Of
Chase Bank USA NA
POB 35480
Newark, NJ 07193-5480

Fifth Third Bank
PO Box 3789
Evansville, IN 47736-3789

First Capital Fifth Third
20 Northwest First Street
Evansville, IN 47708

G.E. Money Bank
P.O. Box 981439
El Paso, TX 79998

G.E. Money Bank
P.O. Box 30762
Salt Lake City, UT 84130

GE Consumer Finance
For GE Money Bank Dba CARE CREDIT/GEMB

PO Box 960061
Orlando, FL 32896-0061

GEMB/Walmart
P.O. Box 981400
El Paso, TX 79998

Granite State Management
P.O. Box 2097
Concord, NH 03302

HSBC Bank
P.O. Box 5253
Carol Stream, IL 60197

Kay Jewelers
P.O. Box 740425
Cincinnati, OH 45274

Lawrence V. Young, Trustee
CGA Law Firm
135 North George Street
York, PA 17401

Merrick Bank
P.O. Box 1500
Draper, UT 84020

Merrick Bank
C/O Weinstein And Riley, PS
2001 Western Avenue, Ste 400
Seattle, WA 98121-3132

PA Department Of Revenue
1 Revenue Place
Harrisburg, PA 17129

Penncro Associates, Inc.
P.O. Box 1878
Southampton, PA 18966

PRA Receivables Management LLC
As Agent Of Portfolio Assocs.
PO Box 12914
Norfolk, VA 23541-0914

ROUNDUP FUNDING, LLC
PO BOX 91121 - MAIL STOP 550
SEATTLE, WA 98111

Sallie Mae Foundation
P.O. Box 9500
Wilkes Barre, PA 18773

| | | |
|---|---|---|
| Saxon Mortgage<br>478 Mercantile Drive<br>Fort Worth, TX 76137 | Spirit Of America National Bank<br>1103 Allen Drive<br>Milford, OH 45150 | Sterling Inc Dba Kay Jewelers<br>C/O Weltman Weinberg & Reis, Co. L.P.A<br>525 Vine Street, Suite 800<br>Cincinnati, OH 45202-3122 |
| Target<br>P.O. Box 59231<br>Minneapolis, MN 55459 | U.S. Cellular<br>C/O Portfolio Recovery<br>120 Corporate Boulevard<br>Norfolk, VA 23502 | United States Trustee<br>PO Box 969<br>Harrisburg, PA 17108 |
| Washington Mutual<br>P.O. Box 660509<br>Dallas, TX 75266 | Washington Mutual Bank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Wells Fargo Auto Finance<br>711 West Broadway Road<br>Tempe, AZ 85282 |
| Wells Fargo Auto Finance<br>2nd Floor<br>13675 Technology Drive, Building C<br>Eden Prairie, MN 55344-2252 | Wells Fargo Bank, N.A.<br>Attn: Mac F6582-034<br>PO Box 500<br>Chester, PA 19016-0500 | Wells Fargo Financial<br>P.O. Box 94498<br>Las Vegas, NV 89193 |
| Wells Fargo Financial Pennsylvania Inc<br>4137 121st Street<br>Urbandale, IA 50323-2310 | William E. Craig, Esquire<br>John R. Morton, Jr., Esquire<br>110 Marter Avenue, Suite 301<br>Morrestown, NJ 08057 | York Adams Tax Bureau<br>P.O. Box 15627<br>York, PA 17405 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
    Warren A. Royea, Sr.                          :         Bankruptcy No.: 1:08-02603
    Gail M. Royea                               :
            Debtors                             :         Chapter 13

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that a Motion to Incur Debt was filed on April 6, 2009, in the United States Bankruptcy Court for the Middle District of Pennsylvania. Debtors seek to borrow $7,300.00 from McNamara Auto Sales to be repaid in weekly installments of $85.22 for 24 months at a contract interest rate of 19.9% in order to purchase a 2003 Pontiac Bonneville from McNamara Auto Sales. Objections to the Motion to Incur Debt shall be filed with the Clerk, United States Bankruptcy Court, Middle District of Pennsylvania, P.O. Box 908, Harrisburg, PA 17108, within **twenty (20) days** from the date of this Notice. All Objections shall conform to the Federal Rules of Bankruptcy Procedure and shall be served upon counsel for Debtors and upon the Chapter 13 Trustee.

A hearing on objection(s) is scheduled for <u>May 11, 2009</u>, in the Bankruptcy Courtroom (3rd Floor), Ronald Reagan Federal Building, 3rd & Walnut Sts. Harrisburg, PA.

If no objections are timely filed and served, the Court may enter an order granting the Motion to incur Debt.

Copies of the documents filed in connection with this matter are available for inspection at the Clerk's Office located on the Third Floor of the Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

Date: April 3, 2009

Attorney for Debtors:
Keith B. DeArmond, Esquire
DeArmond & Associates
11 East Market Street, 3rd Floor
York, PA 17401
(717) 846-3200

Case 1:08-bk-02603-MDF   Doc 60   Filed 04/07/09   Entered 04/07/09 15:24:49   Desc
Case 1:08-bk-02603-MDF   Doc 61   Filed 04/08/09   Entered 04/08/09 15:27:23   Desc
                          Main Document     Page 4 of 4