Form 210A (10/06)                                                                                            BL7446414

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA, HARRISBURG DIVISION

In re  WARREN A ROYEA                                             Case No. 1:08-02603-MDF

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| eCAST Settlement Corporation | GE Money Bank aka GE Consumer Finance |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

  eCAST Settlement Corporation
  POB 35480
  Newark, NJ 07193-5480

Court Claim # (if known):  11
Amount of Claim:  $1,466.04
Date Claim Filed:  11/05/2008

Phone: 610-644-7800                               Phone: 888-676-2722
Last Four Digits of Acct #:  1718                 Last Four Digits of Acct #:  1718
Last Four of Alternate Acct #:  8247              Last Four of Alternate Acct #:  8247

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ ALANE A. BECKET                          Date:  05/12/2009

  Alane A. Becket, Esquire, PA65451
  Becket & Lee LLP, Attorneys/Agent for Creditor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

GMB80336

Case 1:08-bk-02603-MDF    Doc 63    Filed 06/15/09    Entered 06/15/09 09:42:26    Desc
Main Document    Page 1 of 1