tranasn(5/09)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Warren A. Royea Sr.<br>Gail M. Royea<br>aka Gail M. Moritz | Chapter 13<br><br>Case No. 1:08−bk−02603−MDF |
| Debtor(s) | |

## NOTICE TO PARTIES IN INTEREST

An assignment/transfer of Claim No. 11 in the amount of $1,466.04 has been filed in this case. Transfer/assignment of claim is:

FROM: GE Money Bank aka GE Consumer Finance

TO: eCAST Settlement Corporation

If no objections are filed on or before **July 8, 2009**, the transferee shall be substituted for the transferor per F.R.B.P. 3001.

| Address of the Bankruptcy Clerk's Office: | For the Court: |
|---|---|
| U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>717−901−2800 | Clerk of the Bankruptcy Court:<br>Terrence S. Miller |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: June 16, 2009 |