# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314−1 | User: KNichols | Date Created: 6/16/2009 |
| Case: 1:08−bk−02603−MDF | Form ID: tranasn | Total: 6 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Charles J. DeHart, III (Trustee) | dehartstaff@pamd13trustee.com |
| aty | Keith B DeArmond | service@dearmondlaw.com |

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Warren A. Royea, Sr. | 1640 Blue Jay Drive | Dover, PA 17315 | |
| jdb | Gail M. Royea | 1640 Blue Jay Drive | Dover, PA 17315 | |
| 3300160 | eCAST Settlement Corporation | POB 35480 | Newark NJ 07193−5480 | |
| 3128855 | GE Consumer Finance | For GE Money Bank | dba CARE CREDIT/GEMB | PO Box 960061    Orlando FL 32896−0661 |

TOTAL: 4