tranasn(5/09)

| UNITED STATES BANKRUPTCY COURT |
| --- |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| Warren A. Royea Sr.<br>Gail M. Royea<br>aka Gail M. Moritz | Chapter | 13 |
| --- | --- | --- |
| | Case No. | 1:08−bk−02603−MDF |

Debtor(s)

## NOTICE TO PARTIES IN INTEREST

An assignment/transfer of Claim No. 11 in the amount of $1,466.04 has been filed in this case. Transfer/assignment of claim is:

FROM: GE Money Bank aka GE Consumer Finance

TO: eCAST Settlement Corporation

If no objections are filed on or before **July 8, 2009**, the transferee shall be substituted for the transferor per F.R.B.P. 3001.

| Address of the Bankruptcy Clerk's Office:<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>717−901−2800 | For the Court:<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller |
| --- | --- |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: June 16, 2009 |

# CERTIFICATE OF NOTICE

```
District/off: 0314-1           User: KNichols          Page 1 of 1              Date Rcvd: Jun 16, 2009
Case: 08-02603                 Form ID: tranasn        Total Noticed: 3

The following entities were noticed by first class mail on Jun 18, 2009.
db/jdb      +Warren A. Royea, Sr.,    Gail M. Royea,    1640 Blue Jay Drive,   Dover, PA 17315-2772
3300160      eCAST Settlement Corporation,    POB 35480,    Newark NJ 07193-5480

The following entities were noticed by electronic transmission on Jun 16, 2009.
3128855     +E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2009 20:37:13      GE Consumer Finance,
             For GE Money Bank,    dba CARE CREDIT/GEMB,    PO Box 960061,    Orlando FL 32896-0061
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 18, 2009**          **Signature:**  _Joseph Speetjens_

Case 1:08-bk-02603-MDF   Doc 65   Filed 06/18/09   Entered 06/19/09 01:51:49   Desc
Imaged Certificate of Service    Page 2 of 2