UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: GAIL M ROYEA | Case Number: 08-02603 |
| ) | Chapter: 13   Judge: MDF |
| ( | Claim Number: 6 |
| SSN: XXX-XX- 9786 ) | Court Claim Number: 6 |
| ( | Original Claim Amount: 957.16 |
| ) | Court Claim Amount: 957.16 |

JOINT NOTICE OF TRANSFER OF CLAIM PURSUANT TO
FRBP RULE 3001(E)(2) AND WAIVER OF OPPORTUNITY TO OBJECT

Chase Bank USA, N.A., Bank One, Circuit City (the "Seller/Transferor/Assignor") and National Capital Management, LLC (the "Purchaser/Transferee/Assignee") do hereby provide, joint notice of the unconditional sale and transfer of all right, title, and interest in and to Bankruptcy Claims (as such is defined in the Asset Purchase Agreement dated by and between Seller/Transferor/Assignor and Purchaser/Transferee/Assignee) including the Bankruptcy Claim referenced above (the "Bankruptcy Claim").

Pursuant to Bankruptcy Rule 3001(e)(2) and the foregoing assignment, the Purchaser/Transferee/Assignee hereby request that it be substituted for the Seller/Transferor/Assignor as the record holder of the Bankruptcy Claim for all purposes in these proceedings. The Seller/Transferor/Assignor concurs with the request and hereby informs the court that it has been notified of the transfer and declines its opportunity to object under FRBP 3001(e)(2). Accordingly, the Seller/Transferor/Assignor and the Purchaser/Transferee/Assignee jointly request that the transfer of the Bankruptcy Claim be made immediately upon the docketing of Joint Notice of Transfer of Claim.

Purchaser/Transferee/Assignee hereby requests that it be added to the mailing matrix in the above case pursuant to bankruptcy Rule 2002, so as to receive copies of all notices and pleadings sent to creditors or other parties in interest.

The original Proof of Claim may have been filed under the following name(s): Chase Bank USA, N.A., Bank One, Circuit City.

Dated: 7/17/2009

| SELLER/ASSIGNOR/TRANSFEROR: | PURCHASER/ASSIGNEE/TRANSFEREE |
|---|---|
| Chase Bank USA, N.A., Bank One, | National Capital Management, LLC |
| Circuit City | 8245 Tournament Drive, Suite 230 |
| 5202 Presidents Courts | Memphis, TN 38125 |
| Frederick, MD 21703 | (901) 748-2900 |
| (800) 654-5391 | |

By: /s/ Charlie Bonner
    Vice President

By: /s/ Christopher S. Wall
    Director of Operations

The signatures represented by "s/" on this document conform to original signatures on the paper version of this document maintained by the Filing User.