UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| Warren A. Royea, Sr. | : | |
| Gail M. Royea | : | Case No. 08-02603 |
| Debtors | : | |

## MOTION TO CONVERT CASE TO A PROCEEDING UNDER CHAPTER 7, TITLE 11

**AND NOW**, comes the Debtors, Warren A. & Gail M. Royea, Sr., by and through counsel, Keith B. DeArmond, and files the following in support of this Motion to Convert Case to a Proceeding Under Chapter 7, Title 11:

1. On July 24, 2008, Debtors filed a proceeding under Chapter 13 of Title 11 of the Bankruptcy Code.

2. Debtors, Warren A. & Gail M. Royea, Sr., desire to convert to a proceeding under Chapter 7 and exercise their right to do so.

3. The Debtors are eligible under Title 11 of the Bankruptcy Code.

**WHEREFORE**, Debtor hereby requests this Court enter an Order converting their Chapter 13 proceeding to a proceeding under Chapter 7 of Title 11.

RESPECTFULLY SUBMITTED,

DeArmond & Associates

Date: April 2, 2010     By:   */s/ Keith B. DeArmond*
                              Keith B. DeArmond, Esquire
                              Supreme Court I.D.#58878
                              11 E. Market St., Third Floor
                              York, PA 17401
                              (717) 846-3200

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

    Warren A. Royea, Sr.     :
    Gail M. Royea     :     Case No. 08-02603
    Debtors     :

## O R D E R

AND NOW, upon consideration of Debtors' Motion to Convert Case to a Proceeding Under Chapter 7, Title 11,

**IT IS HEREBY:**

**ORDERED**, that the above-captioned case is converted to a proceeding under Chapter 7.