IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

WARREN A. ROYEA, SR.
GAIL M. ROYEA

Debtor(s)

| | |
|---|---|
| Chapter: | 13 |
| Case Number: | 1:08-bk-02603-MDF |
| Document No.: | 67 |
| Nature of Proceeding: | **Motion to convert case** |

## NOTICE TO FILING PARTY

Notice is hereby given that:

    A Proposed Notice regarding docket entry #67 was not received by the Court. Please verify that the notice was sent or e-mail it at this time. Failure to do so will result in a delay in processing this matter.

    A Proposed Order regarding docket entry # was not received by the Court within the time frame established by Section II.F.1. of the Administrative Procedures. Please verify that the order was sent or e-mail it at this time. Failure to do so will result in a delay in processing this matter.

Date: April 5, 2010

                                        Clerk, U.S. Bankruptcy Court
                                        228 Walnut Street
                                        PO Box 908
                                        Harrisburg, PA 17108-0908

MDPA-NTFP_BK.WPT-REV 07/09