IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Warren A. Royea, Sr. :
Gail M. Royea : Case No. 08-02603
    Debtors :

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST**

NOTICE IS HEREBY GIVEN that a Motion to Convert from Chapter 13 to Chapter 7 was filed on April 5, 2010, in the United States Bankruptcy Court. Objections to the Motion to Convert from Chapter 13 to Chapter 7 shall be filed with the Clerk, United States Bankruptcy Court, Middle District of Pennsylvania, P.O. Box 908, Harrisburg, PA 17108, within **twenty one (21) days** from the date of this Notice. All Objections shall conform to the Federal Rules of Bankruptcy Procedure and shall be served upon counsel for Debtors and upon the Chapter 13 Trustee.

A hearing on objection(s) is scheduled for _____ at 3rd & Walnut Sts., Bankruptcy Courtroom (3rd Floor), Ronald Reagan Federal Building, Harrisburg, PA.

If no objections are timely filed and served, the Court may enter an order granting the Motion to Convert from Chapter 7 to Chapter 13.

Date: _____

**Keith B. DeArmond, Esquire**
**Attorney for Debtors**
**11 East Market Street, Third Floor**
**York, PA 17401**
**(717) 846-3200**