IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

    Warren A. Royea, Sr.       :
    Gail M. Royea               :     Case No. 08-02603
        Debtors             :

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that a Motion to Convert from Chapter 13 to Chapter 7 was filed on April 5, 2010, in the United States Bankruptcy Court. Objections to the Motion to Convert from Chapter 13 to Chapter 7 shall be filed with the Clerk, United States Bankruptcy Court, Middle District of Pennsylvania, P.O. Box 908, Harrisburg, PA 17108, within **twenty-one (21) days** from the date of this Notice. All Objections shall conform to the Federal Rules of Bankruptcy Procedure and shall be served upon counsel for Debtors and upon the Chapter 13 Trustee.

If no objections are timely filed and served, the Court may enter an order granting the Motion to Convert from Chapter 13 to Chapter 7.

Date: _____

                                                  **Keith B. DeArmond, Esquire**
                                                  **Attorney for Debtors**
                                                  **11 East Market Street, Third Floor**
                                                  **York, PA 17401**
                                                  **(717) 846-3200**