United States Bankruptcy Court
Middle District of Pennsylvania

IN RE:  
Royea, Warren A. Sr. & Royea, Gail M.  
Debtor(s)

Case No. 1:08-bk-2603 (182247)  
Chapter 13

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the following document(s):  
**Notice to Creditors of the Motion to Convert Chapter 13 Case to Chapter 7**

was(were) mailed to all persons in interest at the addresses set forth in the exhibit which is attached hereto, by first class mail, postage prepaid, on this __13th__ day of __May__, __2010__.

/s/ Keith B. DeArmond  
Keith B. DeArmond 58878  
DeArmond & Associates  
11 East Market Street, Suite 300  
York, PA 17401  
(717) 846-3200  Fax: (717) 845-4100  
information.dearmondlaw@gmail.com

AES/PHEAA
PO Box 8183
Harrisburg, PA 17105

American Education Services
1200 North 7th Street
Harrisburg, PA 17102

American Education Services
1200 North Seventh Street
Harrisburg, PA 17102

Americredit
P.O. Box 183853
Arlington, TX 76096

Barclay's Bank of Delaware
125 South West Street
Wilmington, DE 19801

Brian E. Caine
Daily Mooney And Glastetter LLP
One Greentree Centre, Suite 201
Marlton, NJ 08053-3105

Capital One
P.O. Box 30281
Salt Lake City, UT 84130

Charles J. DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036-8625

Chase
800 Brookside Boulevard
Westerville, OH 43081

Chase Auto Finance Corporation
14800 Frye Road
Fort Worth, TX 76155

Chase Bank USA, N.A
PO Box 15145
Wilmington, DE 19850-5145

Citi Bank
P.O. Box 499
Hanover, MD 21076

Crystal Royea

ECAST Settlement Corporation Assignee Of
HSBC Bank Nevada
PO Box 35480
Newark, NJ 07193-5480

ECAST Settlement Corporation Assignee Of
Chase Bank USA NA
POB 35480
Newark, NJ 07193-5480

Fifth Third Bank
PO Box 3789
Evansville, IN 47736-3789

First Capital Fifth Third
20 Northwest First Street
Evansville, IN 47708

G.E. Money Bank
P.O. Box 981439
El Paso, TX 79998

G.E. Money Bank
P.O. Box 30762
Salt Lake City, UT 84130

GE Consumer Finance
For GE Money Bank Dba CARE CREDIT/GEMB

PO Box 960061
Orlando, FL 32896-0061

GEMB/Walmart
P.O. Box 981400
El Paso, TX 79998

Granite State Management
P.O. Box 2097
Concord, NH 03302

HSBC Bank
P.O. Box 5253
Carol Stream, IL 60197

Kay Jewelers
P.O. Box 740425
Cincinnati, OH 45274

Lawrence V. Young, Trustee
CGA Law Firm
135 North George Street
York, PA 17401

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603

Merrick Bank
P.O. Box 1500
Draper, UT 84020

Merrick Bank
C/O Weinstein And Riley, PS
2001 Western Avenue, Ste 400
Seattle, WA 98121-3132

National Capital Management, LLC
8245 Tournament Drive, Suite 230
Memphis, TN 38125

PA Department Of Revenue
1 Revenue Place
Harrisburg, PA 17129

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| Penncro Associates, Inc.<br>P.O. Box 1878<br>Southampton, PA 18966 | Pennsylvania Department Of Revenue<br>Bankruptcy Division<br>PO Box 280946<br>Harrisburg, PA 17128-0946 | PRA Receivables Management LLC<br>As Agent Of Portfolio Assocs.<br>PO Box 12914<br>Norfolk, VA 23541-0914 |
| ROUNDUP FUNDING, LLC<br>PO BOX 91121 - MAIL STOP 550<br>SEATTLE, WA 98111 | Sallie Mae Foundation<br>P.O. Box 9500<br>Wilkes Barre, PA 18773 | Saxon Mortgage<br>478 Mercantile Drive<br>Fort Worth, TX 76137 |
| Spirit Of America National Bank<br>1103 Allen Drive<br>Milford, OH 45150 | Sterling Inc Dba Kay Jewelers<br>C/O Weltman Weinberg & Reis, Co. L.P.A<br>525 Vine Street, Suite 800<br>Cincinnati, OH 45202-3122 | Target<br>P.O. Box 59231<br>Minneapolis, MN 55459 |
| U.S. Cellular<br>C/O Portfolio Recovery<br>120 Corporate Boulevard<br>Norfolk, VA 23502 | United States Trustee<br>PO Box 969<br>Harrisburg, PA 17108 | Washington Mutual<br>P.O. Box 660509<br>Dallas, TX 75266 |
| Washington Mutual Bank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Wells Fargo Auto Finance<br>711 West Broadway Road<br>Tempe, AZ 85282 | Wells Fargo Auto Finance<br>2nd Floor<br>13675 Technology Drive, Building C<br>Eden Prairie, MN 55344-2252 |
| Wells Fargo Bank, N.A.<br>Attn: Mac F6582-034<br>PO Box 500<br>Chester, PA 19016-0500 | Wells Fargo Financial<br>P.O. Box 94498<br>Las Vegas, NV 89193 | Wells Fargo Financial Pennsylvania Inc<br>4137 121st Street<br>Urbandale, IA 50323-2310 |
| William E. Craig, Esquire<br>John R. Morton, Jr., Esquire<br>110 Marter Avenue, Suite 301<br>Morrestown, NJ 08057 | York Adams Tax Bureau<br>P.O. Box 15627<br>York, PA 17405 | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

    Warren A. Royea, Sr.  :
    Gail M. Royea  :  Case No. 08-02603
        Debtors  :

### NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that a Motion to Convert from Chapter 13 to Chapter 7 was filed on April 5, 2010, in the United States Bankruptcy Court. Objections to the Motion to Convert from Chapter 13 to Chapter 7 shall be filed with the Clerk, United States Bankruptcy Court, Middle District of Pennsylvania, P.O. Box 908, Harrisburg, PA 17108, within **twenty-one (21) days** from the date of this Notice. All Objections shall conform to the Federal Rules of Bankruptcy Procedure and shall be served upon counsel for Debtors and upon the Chapter 13 Trustee.

If no objections are timely filed and served, the Court may enter an order granting the Motion to Convert from Chapter 13 to Chapter 7.

Date: May 13, 2010

        Keith B. DeArmond, Esquire
        **Attorney for Debtors**
        **11 East Market Street, Third Floor**
        **York, PA 17401**
        **(717) 846-3200**