UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

    Warren A. Royea, Sr.             :
    Gail M. Royea                     :     Case No. 08-02603
              Debtors             :

## O R D E R

AND NOW, upon consideration of Debtors' Motion to Convert Case to a Proceeding Under Chapter 7, Title 11,

**IT IS HEREBY:**

**ORDERED**, that the above-captioned case is converted to a proceeding under Chapter 7.

By the Court,

_Mary D. France_
Chief Bankruptcy Judge
(JK)

*This document is electronically signed and filed on the same date.*

Dated: June 7, 2010