# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314−1 | User: TBurnett | Date Created: 6/7/2010 |
| Case: 1:08−bk−02603−MDF | Form ID: pdf006 | Total: 5 |

**Recipients of Notice of Electronic Filing:**
ust      United States Trustee      ustpregion03.ha.ecf@usdoj.gov
tr      Charles J. DeHart, III (Trustee)      dehartstaff@pamd13trustee.com
aty      Keith B DeArmond      information.dearmondlaw@gmail.com

                                                     TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Warren A. Royea, Sr.      1640 Blue Jay Drive      Dover, PA 17315
jdb      Gail M. Royea      1640 Blue Jay Drive      Dover, PA 17315

                                                     TOTAL: 2