UNITED STATES BANKRUPTCY COURT
Middle District of Pennsylvania
1 DIVISION

In re:
WARREN A & GAIL M ROYEA SR
1640 BLUE JAY DRIVE
DOVER, PA 17315

Case No: 1-08-02603-13

Debtor(s)

# CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Charles J. DeHart, III, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/24/2008 and was converted to chapter13 on 09/12/2008.

2.) The plan was confirmed on 12/04/2008.

3.) The plan was modified by order after confirmation pursuant to 11 U.S.C. 1329 on NA.

4.) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5.) The case was converted on 06/07/2010.

6.) Number of months from conversion to last payment: 18

7.) Number of months case was pending: 21

8.) Total value of assets abandoned by court order: NA

9.) Total value of assets exempted: NA

10.) Amount of unsecured claims discharged without full payment: 0.00

11.) All checks distributed by the trustee relating to this case have cleared the bank.

| **Receipts:** | | |
|---|---:|---:|
| Total paid by or on behalf of the debtor | $ 2,591.64 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS:** | | $ 2,591.64 |

| **Expenses of Administration:** | | |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 2,458.02 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 133.62 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $ 2,591.64 |
| **Attorney fees paid and disclosed by debtor:** | $ 951.00 | |

## Scheduled Creditors:

| CreditorName | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| * WEINSTEIN & RILEY | UNS | 1,300.00 | 1,302.38 | 1,302.38 | 0.00 | 0.00 |
| * WELTMAN WEINBERG & REIS | SEC | 2,426.00 | 2,426.90 | 0.00 | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SERVIC | SEC | 2,559.00 | 25,475.44 | 490.89 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | UNS | 287.00 | 287.14 | 287.14 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | UNS | 5,623.00 | 5,623.60 | 5,623.60 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | UNS | 1,235.00 | 1,234.91 | 1,234.91 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | UNS | 1,995.00 | 1,994.93 | 1,994.93 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | UNS | 1,466.00 | 1,466.04 | 1,466.04 | 0.00 | 0.00 |
| FIFTH THIRD BANK | UNS | 5,945.00 | 5,944.38 | 5,944.38 | 0.00 | 0.00 |
| GRANITE STATE MANAGEMENT | UNS | NA | 1,551.53 | 1,551.53 | 0.00 | 0.00 |
| NATIONAL CAPITAL MANAGEMENT | UNS | 957.16 | 957.16 | 957.16 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATE | UNS | 204.00 | 204.74 | 204.74 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | UNS | 3,262.75 | 3,262.75 | 3,262.75 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | UNS | 3,350.00 | 3,350.72 | 3,350.72 | 0.00 | 0.00 |
| ROUNDUP FUNDING, LLC | UNS | 2,500.00 | 2,502.89 | 2,502.89 | 0.00 | 0.00 |
| ROUNDUP FUNDING, LLC | UNS | 421.00 | 421.04 | 421.04 | 0.00 | 0.00 |
| ROUNDUP FUNDING, LLC | UNS | NA | 2,559.73 | 2,559.73 | 0.00 | 0.00 |
| ROUNDUP FUNDING, LLC | UNS | 5,811.00 | 5,811.89 | 5,811.89 | 0.00 | 0.00 |
| WELLS FARGO AUTO FINANCE | SEC | 5,709.00 | 5,709.65 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL | SEC | 2,091.00 | 2,090.67 | 0.00 | 0.00 | 0.00 |
| YORK ADAMS TAX BUREAU | PRI | 5,944.38 | 1,295.20 | 1,295.20 | 0.00 | 0.00 |

## Summary of Disbursements to Creditors

| Secured Payments | Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| Mortgage Ongoing | 0.00 | 0.00 | 0.00 |
| Mortgage Arrearage | 0.00 | 0.00 | 0.00 |
| Debt Secured by Vehicle | 490.89 | 0.00 | 0.00 |
| All Other Secured | 0.00 | 0.00 | 0.00 |
| **TOTAL SECURED:** | 490.89 | 0.00 | 0.00 |

| Priority Unsecured Payments: | | | |
|---|---|---|---|
| Domestic Support Arrearage | 0.00 | 0.00 | 0.00 |
| Domestic Support Ongoing | 0.00 | 0.00 | 0.00 |
| All Other Priority | 1,295.20 | 0.00 | 0.00 |
| **TOTAL PRIORITY:** | 1,295.20 | 0.00 | 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | 38,475.83 | 0.00 | 0.00 |

| Disbursements: | | |
|---|---|---|
| Expenses of Administration | $ | 2,591.64 |
| Disbursements to Creditors | $ | 0.00 |
| **TOTAL DISBURSEMENTS:** | $ | 2,591.64 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date: 06/08/2010         /s/         Charles J. DeHart, III

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. 1320.4(a)(2) applies.