UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

    Warren A. Royea, Sr. :
    Gail M. Royea : Case No. 08-02603
        Debtors :

**O R D E R**

AND NOW, upon consideration of Debtors' Motion to Convert Case to a Proceeding Under Chapter 7, Title 11,

**IT IS HEREBY:**

**ORDERED**, that the above-captioned case is converted to a proceeding under Chapter 7.

By the Court,

*Mary D. France*
Chief Bankruptcy Judge
(JK)

*This document is electronically signed and filed on the same date.*

Dated: June 7, 2010

# CERTIFICATE OF NOTICE

```
District/off: 0314-1         User: TBurnett           Page 1 of 1              Date Rcvd: Jun 07, 2010
Case: 08-02603               Form ID: pdf006          Total Noticed: 1
```

The following entities were noticed by first class mail on Jun 09, 2010.
db/jdb      +Warren A. Royea, Sr.,   Gail M. Royea,   1640 Blue Jay Drive,   Dover, PA 17315-2772

The following entities were noticed by electronic transmission.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 09, 2010                    Signature:     _Joseph Speetjens_