# Notice Recipients

District/Off: 0314–1     User: DDunbar     Date Created: 6/11/2010
Case: 1:08–bk–02603–MDF     Form ID: B9A     Total: 63

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          AmeriCredit Financial Services, Inc., as successor in interest to Long Beach Acceptance Corporation
cr          AmeriCredit Financial Services, Inc.
                                                                                                            TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Warren A. Royea, Sr.          1640 Blue Jay Drive          Dover, PA 17315
jdb         Gail M. Royea          1640 Blue Jay Drive          Dover, PA 17315
frtr        Lawrence V. Young (Trustee)          CGA Law Firm          135 North George Street          York, PA 17401
cr          AmeriCredit.          c/o Alice Whitten          POB 183853          Arlington, TX 76096
cr          Wells Fargo Auto Finance          2nd Floor          13675 Technology Dr. Bldg C          Eden Prairie, MN 55344–2252
cr          eCAST Settlement Corporation          POB 35480          Newark, NJ 07193–5480
cr          National Capital Management, LLC          8245 Tournament Drive          Suite 230          Memphis, TN 38125
tr          Lawrence V. Young (Trustee)          CGA Law Firm          135 North George Street          York, PA 17401
aty         Alice Lynn Whitten          AmeriCredit Financial Services, Inc.          PO Box 183853          Arlington, TX 76096
aty         Brian E Caine          Deily Mooney and Glastetter LLP          One Greentree Centre, Suite 201          Marlton, NJ 08053
aty         Keith B DeArmond          DeArmond and Associates          11 East Market Street, Suite 300          York, PA 17401
aty         William E. Craig          Morton &Craig LLC          110 Marter Avenue, Suite 301          Moorestown, NJ 08057
3307151     AES/PHEAA          PO BOX 8183          HARRISBURG, PA 17105
3309008     AES/PHEAA          PO BOX 8183          HARRISBURG, PA 17105
3085792     AmeriCredit Financial Services, Inc.          PO Box 183853          Arlington, TX 76096
3051532     American Education Services          1200 North 7th Street          Harrisburg, PA 17102
3051533     Americredit          P.O. Box 183593          Arlington, TX 76096
3051534     Barclay's Bank of Delaware          125 South West Street          Wilmington, DE 19801
3051535     Capital One          P.O. Box 30281          Salt Lake City, UT 84130
3051536     Chase          800 Brookside Boulevard          Westerville, OH 43081
3051537     Chase Auto Finance Corporation          14800 Frye Road          Fort Worth, TX 76155
3099475     Chase Bank USA, NA          PO BOX 15145          Wilmington, DE 19850–5145
3051538     Citi Bank          P.O. Box 499          Hanover, MD 21076
3051531     DeArmond &Associates          11 East Market Street Third Floor          York, PA 17401
3067651     Fifth Third bank          PO Box 3789          Evansville, IN 47736–3789
3051539     First Capital Fifth Third          20 Northwest First Street          Evansville, IN 47708
3051541     G.E. Money Bank          P.O. Box 30762          Salt Lake City, UT 84130
3051540     G.E. Money Bank          P.O. Box 981439          El Paso, TX 79998
3128855     GE Consumer Finance          For GE Money Bank          dba CARE CREDIT/GEMB          PO Box 960061          Orlando FL 32896–0661
3051542     GEMB/Walmart          P.O. Box 981400          El Paso, TX 79998
3051543     Granite State Management          P.O. Box 2097          Concord, NH 03302
3051544     HSBC Bank          P.O. Box 5253          Carol Stream, IL 60197
3051545     Kay Jewelers          P.O. Box 740425          Cincinnati, OH 45274
3107432     LVNV Funding LLC          Resurgent Capital Services          PO Box 10587          Greenville, SC 29603–0587
3120350     MERRICK BANK          C O WEINSTEIN AND RILEY, PS          2001 WESTERN AVENUE, STE 400          SEATTLE, WA 98121
3051546     Merrick Bank          P.O. Box 1500          Draper, UT 84020
3326842     National Capital Management, LLC          8245 Tournament Drive          Suite 230          Memphis, TN 38125
3051547     PA Department Of Revenue          1 Revenue Place          Harrisburg, PA 17129
3162780     PYOD LLC its successors and assigns as assignee of          Washington Mutual          Resurgent Capital Services          PO Box 10587          Greenville, SC 29603–0587
3051548     Penncro Associates, Inc.          P.O. Box 1878          Southampton, PA 18966
3279342     Pennsylvania Department Of Revenue          Bankruptcy Division PO Box 280946          Harrisburg,Pa 17128–0946
3130089     Pra Receivables Management, Llc          As Agent Of Portfolio Recovery Assocs.          PO Box 12914          NORFOLK VA 23541
3089035     Roundup Funding, LLC          MS 550          PO Box 91121          Seattle, WA 98111–9221
3130921     Roundup Funding, LLC          MS 550          PO Box 91121          Seattle, WA 98111–9221
3051530     Royea Gail M          1640 Blue Jay Drive          Dover, PA 17315
3051529     Royea Warren A Sr          1640 Blue Jay Drive          Dover, PA 17315
3051549     Sallie Mae Foundation          P.O. Box 9500          Wilkes Barre, PA 18773
3051550     Saxon Mortgage          478 Mercantile Drive          Fort Worth, TX 76137
3051551     Spirit Of America National Bank          1103 Allen Drive          Milford, OH 45150
3100191     Sterling Inc dba Kay Jewelers          c/o/ Weltman, Weinberg &Reis, Co. L.P.A          525 Vine Street, Suite 800          Cincinnati, OH 45202
3051552     Target          P.O. Box 59231          Minneapolis, MN 55459
3051553     U.S. Cellular          C/O Portfolio Recovery          120 Corporate Boulevard          Norfolk, VA 23502
3051554     Washington Mutual          P.O. Box 660509          Dallas, TX 75266
3051555     Wells Fargo Auto Finance          711 West Broadway Road          Tempe, AZ 85282
3111911     Wells Fargo Bank, N.A.          Attn: Mac F6582–034          PO Box 500          Chester, PA 19013
3051556     Wells Fargo Financial          P.O. Box 94498          Las Vegas, NV 89193

| | | | | |
|---|---|---|---|---|
| 3130279 | Wells Fargo Financial National Bank | 4137 121st Street | Urbandale IA 50323 | |
| 3051557 | York Adams Tax Bureau | P.O. Box 15627 | York, PA 17405 | |
| 3300160 | eCAST Settlement Corporation | POB 35480 | Newark NJ 07193−5480 | |
| 3149050 | eCAST Settlement Corporation assignee of | Chase Bank USA NA | POB 35480 | Newark NJ 07193−5480 |
| 3148533 | eCAST Settlement Corporation assignee of | HSBC Bank Nevada and its Assigns | POB 35480 | Newark NJ 07193−5480 |

TOTAL: 61