# Notice Recipients

District/Off: 0314–1  User: admin  Date Created: 09/17/2010
Case: 1:08–bk–02603–MDF  Form ID: B18  Total: 64

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          AmeriCredit Financial Services, Inc., as successor in interest to Long Beach Acceptance Corporation
cr          AmeriCredit Financial Services, Inc.
                                                                                                                                TOTAL: 2

**Recipients of Notice of Electronic Filing:**
ust         United States Trustee          ustpregion03.ha.ecf@usdoj.gov
tr          Lawrence V. Young (Trustee)    lyoungtrustee@cgalaw.com
aty         Alice Lynn Whitten             customer.service.bk@americredit.com
aty         Brian E Caine                  rscargle@deilylawfirm.com
aty         Keith B DeArmond               information.dearmondlaw@gmail.com
aty         William E. Craig               mortonlaw.bcraig@verizon.net
                                                                                                                                TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Warren A. Royea, Sr.        1640 Blue Jay Drive        Dover, PA 17315
jdb         Gail M. Royea        1640 Blue Jay Drive        Dover, PA 17315
frtr        Lawrence V. Young (Trustee)        CGA Law Firm        135 North George Street        York, PA 17401
cr          AmeriCredit.        c/o Alice Whitten        POB 183853        Arlington, TX 76096
cr          Wells Fargo Auto Finance        2nd Floor        13675 Technology Dr. Bldg C        Eden Prairie, MN 55344–2252
cr          eCAST Settlement Corporation        POB 35480        Newark, NJ 07193–5480
cr          National Capital Management, LLC        8245 Tournament Drive        Suite 230        Memphis, TN 38125
3307151     AES/PHEAA        PO BOX 8183        HARRISBURG, PA 17105
3309008     AES/PHEAA        PO BOX 8183        HARRISBURG, PA 17105
3085792     AmeriCredit Financial Services, Inc.        PO Box 183853        Arlington, TX 76096
3051532     American Education Services        1200 North 7th Street        Harrisburg, PA 17102
3051533     Americredit        P.O. Box 183593        Arlington, TX 76096
3051534     Barclay's Bank of Delaware        125 South West Street        Wilmington, DE 19801
3051535     Capital One        P.O. Box 30281        Salt Lake City, UT 84130
3051536     Chase        800 Brookside Boulevard        Westerville, OH 43081
3051537     Chase Auto Finance Corporation        14800 Frye Road        Fort Worth, TX 76155
3099475     Chase Bank USA, NA        PO BOX 15145        Wilmington, DE 19850–5145
3051538     Citi Bank        P.O. Box 499        Hanover, MD 21076
3051531     DeArmond &Associates        11 East Market Street Third Floor        York, PA 17401
3067651     Fifth Third bank        PO Box 3789        Evansville, IN 47736–3789
3051539     First Capital Fifth Third        20 Northwest First Street        Evansville, IN 47708
3051541     G.E. Money Bank        P.O. Box 30762        Salt Lake City, UT 84130
3051540     G.E. Money Bank        P.O. Box 981439        El Paso, TX 79998
3128855     GE Consumer Finance        For GE Money Bank        dba CARE CREDIT/GEMB        PO Box 960061        Orlando FL 32896–0661
3051542     GEMB/Walmart        P.O. Box 981400        El Paso, TX 79998
3051543     Granite State Management        P.O. Box 2097        Concord, NH 03302
3051544     HSBC Bank        P.O. Box 5253        Carol Stream, IL 60197
3051545     Kay Jewelers        P.O. Box 740425        Cincinnati, OH 45274
3107432     LVNV Funding LLC        Resurgent Capital Services        PO Box 10587        Greenville, SC 29603–0587
3120350     MERRICK BANK        C O WEINSTEIN AND RILEY, PS        2001 WESTERN AVENUE, STE 400        SEATTLE, WA 98121
3051546     Merrick Bank        P.O. Box 1500        Draper, UT 84020
3326842     National Capital Management, LLC        8245 Tournament Drive        Suite 230        Memphis, TN 38125
3051547     PA Department Of Revenue        1 Revenue Place        Harrisburg, PA 17129
3162780     PYOD LLC its successors and assigns as assignee of        Washington Mutual        Resurgent Capital Services        PO Box 10587        Greenville, SC 29603–0587
3051548     Penncro Associates, Inc.        P.O. Box 1878        Southampton, PA 18966
3279342     Pennsylvania Department Of Revenue        Bankruptcy Division PO Box 280946        Harrisburg,Pa 17128–0946
3130089     Pra Receivables Management, Llc        As Agent Of Portfolio Recovery Assocs.        PO Box 12914        NORFOLK VA 23541
3089035     Roundup Funding, LLC        MS 550        PO Box 91121        Seattle, WA 98111–9221
3130921     Roundup Funding, LLC        MS 550        PO Box 91121        Seattle, WA 98111–9221
3051530     Royea Gail M        1640 Blue Jay Drive        Dover, PA 17315
3051529     Royea Warren A Sr        1640 Blue Jay Drive        Dover, PA 17315
3051549     Sallie Mae Foundation        P.O. Box 9500        Wilkes Barre, PA 18773
3051550     Saxon Mortgage        478 Mercantile Drive        Fort Worth, TX 76137
3051551     Spirit Of America National Bank        1103 Allen Drive        Milford, OH 45150
3100191     Sterling Inc dba Kay Jewelers        c/o/ Weltman, Weinberg &Reis, Co. L.P.A        525 Vine Street, Suite 800        Cincinnati, OH 45202
3051552     Target        P.O. Box 59231        Minneapolis, MN 55459
3051553     U.S. Cellular        C/O Portfolio Recovery        120 Corporate Boulevard        Norfolk, VA 23502

| | | | | |
|---|---|---|---|---|
| 3051554 | Washington Mutual | P.O. Box 660509 | Dallas, TX 75266 | |
| 3051555 | Wells Fargo Auto Finance | 711 West Broadway Road | Tempe, AZ 85282 | |
| 3111911 | Wells Fargo Bank, N.A. | Attn: Mac F6582–034 | PO Box 500 | Chester, PA 19013 |
| 3051556 | Wells Fargo Financial | P.O. Box 94498 | Las Vegas, NV 89193 | |
| 3130279 | Wells Fargo Financial National Bank | 4137 121st Street | Urbandale IA 50323 | |
| 3051557 | York Adams Tax Bureau | P.O. Box 15627 | York, PA 17405 | |
| 3300160 | eCAST Settlement Corporation | POB 35480 | Newark NJ 07193–5480 | |
| 3149050 | eCAST Settlement Corporation assignee of | Chase Bank USA NA | POB 35480 | Newark NJ 07193–5480 |
| 3148533 | eCAST Settlement Corporation assignee of | HSBC Bank Nevada and its Assigns | POB 35480 | Newark NJ 07193–5480 |

TOTAL: 56