**fnldec** (09/09)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Warren A. Royea Sr.<br>1640 Blue Jay Drive<br>Dover, PA 17315 | Chapter 7<br>Case No. 1:08−bk−02603−MDF |
| Gail M. Royea<br>aka Gail M. Moritz<br>1640 Blue Jay Drive<br>Dover, PA 17315 | |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−7762
xxx−xx−9786

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Lawrence V. Young (Trustee)**

is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: <u>September 17, 2010</u>

BY THE COURT

Mary D. France
United States Bankruptcy Judge

*This document is electronically signed and filed on the same date.*