# Notice Recipients

District/Off: 0314−1          User: admin                    Date Created: 09/17/2010
Case: 1:08−bk−02603−MDF       Form ID: fnldec                Total: 5

**Recipients of Notice of Electronic Filing:**
tr          Lawrence V. Young (Trustee)          lyoungtrustee@cgalaw.com
aty         Keith B DeArmond          information.dearmondlaw@gmail.com

                                                                        TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Warren A. Royea, Sr.          1640 Blue Jay Drive          Dover, PA 17315
jdb         Gail M. Royea          1640 Blue Jay Drive          Dover, PA 17315
frtr        Lawrence V. Young (Trustee)          CGA Law Firm          135 North George Street          York, PA 17401

                                                                        TOTAL: 3