fnldec (09/09)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Warren A. Royea Sr.  
1640 Blue Jay Drive  
Dover, PA 17315

Chapter 7  
Case No. 1:08−bk−02603−MDF

Gail M. Royea  
aka Gail M. Moritz  
1640 Blue Jay Drive  
Dover, PA 17315

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−7762  
xxx−xx−9786

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Lawrence V. Young (Trustee)**

is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: September 17, 2010

BY THE COURT

Mary D. France  
United States Bankruptcy Judge

*This document is electronically signed and filed on the same date.*

# CERTIFICATE OF NOTICE

```
District/off: 0314-1          User: admin              Page 1 of 1              Date Rcvd: Sep 20, 2010
Case: 08-02603                Form ID: fnldec          Total Noticed: 2
```

The following entities were noticed by first class mail on Sep 22, 2010.
```
db/jdb      +Warren A. Royea, Sr.,   Gail M. Royea,   1640 Blue Jay Drive,   Dover, PA 17315-2772
frtr        +Lawrence V. Young (Trustee),   CGA Law Firm,   135 North George Street,   York, PA 17401-1132
```

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 22, 2010       Signature: _Joseph Speetjens_